# gowlings

Claims Reserve to an aggregate amount of $1.7 million has occurred with the consent of the Monitor and the Initial Consenting Noteholders in accordance with section 1.1 of the Plan, and has been incorporated into and forms a part of the Plan as approved by the Sanction Order.

The establishment of the Unresolved Claims Reserve is not an admission by SFC, the Monitor or any other party (including the Initial Consenting Noteholders) as to the validity of any such Claims and all rights to dispute such Claims are reserved.

Sincerely,

GOWLING LAFLEUR HENDERSON LLP

*Jennifer Stam*

JS

## SCHEDULE A

### NAMED THIRD PARTY DEFENDANTS

1. The Underwriters, together with their respective present and former affiliates, partners, associates, employees, servants, agents, contractors, directors, officers, insurers and successors, administrators, heirs and assigns, excluding any Director or Officer and successors, administrators, heirs and assigns of any Director or Officer in their capacity as such.

2. Ernst & Young LLP (Canada), Ernst & Young Global Limited and all other member firms thereof, together with their respective present and former affiliates, partners, associates, employees, servants, agents, contractors, directors, officers, insurers and successors, administrators, heirs and assigns, excluding any Director or Officer and successors, administrators, heirs and assigns of any Director or Officer in their capacity as such, in the event that the Ernst & Young Settlement is not completed.

3. BDO Limited, together with its respective present and former affiliates, partners, associates, employees, servants, agents, contractors, directors, officers, insurers and successors, administrators, heirs and assigns, excluding any Director or Officer and successors, administrators, heirs and assigns of any Director or Officer in their capacity as such.

4. Allen Chan, together with his successors, administrators, heirs, assigns and insurers.

5. Kai Kit Poon, together with his successors, administrators, heirs, assigns and insurers.

6. David Horsley, together with his successors, administrators, heirs, assigns and insurers.

**Court File No.: CV-12-9667-00CL**

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c.C-36, AS AMENDED AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF SINO-FOREST CORPORATION**

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(Commercial List)**

(PROCEEDING COMMENCED AT TORONTO)

**FIFTEENTH REPORT OF THE MONITOR**

**GOWLING LAFLEUR HENDERSON LLP**
Barristers and Solicitors
1 First Canadian Place
100 King Street West, Suite 1600
Toronto ON  M5X 1G5

**Derrick Tay (LSUC No. 21152A)**
Tel: (416) 369-7330 / Fax: (416) 862-7661
Email: derrick.tay@gowlings.com

**Jennifer Stam (LSUC No. 46735J)**
Tel: (416) 862-5697 / Fax: (416) 862-7661
Email: jennifer.stam@gowlings.com

Lawyers for the Monitor,
FTI Consulting Canada Inc.