# Exhibit I
## Monitor's certificate of implementation of the Plan dated January 30, 2013

Court File No. CV-12-9667-00CL

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF SINO-FOREST CORPORATION

**MONITOR'S CERTIFICATE**
(Plan Implementation)

All capitalized terms not otherwise defined herein shall have the meanings ascribed thereto in the Plan of Compromise and Reorganization of Sino-Forest Corporation ("**SFC**") dated December 3, 2012 (the "**Plan**"), which is attached as Schedule "A" to the Order of the Honourable Mr. Justice Morawetz made in these proceedings on the 10th day of December, 2012 (the "**Order**"), as such Plan may be further amended, varied or supplemented from time to time in accordance with the terms thereof.

Pursuant to paragraph 12 of the Order, FTI Consulting Canada Inc. (the "**Monitor**") in its capacity as Court-appointed Monitor of SFC delivers to SFC and Goodmans LLP this certificate and hereby certifies that:

1. The Monitor has received written notice from SFC and Goodmans LLP (on behalf of the Initial Consenting Noteholders) that the conditions precedent set out in section 9.1 of the Plan have been satisfied or waived in accordance with the terms of the Plan; and

TOR_LAW\ 8077385\1

2. The Plan Implementation Date has occurred and the Plan and the Plan Sanction Order are effective in accordance with their terms.

DATED at the City of Toronto, in the Province of Ontario, this 30th day of January, 2013.

FTI CONSULTING CANADA INC., in its capacity as Court-appointed Monitor of the Sino-Forest Corporation and not in its personal capacity

By: _____
Name: Gregory P Watson
Title: Senior Managing Director

| IN THE MATTER OF THE *COMPANIES CREDITORS' ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED AND IN THE MATTER OF A PLAN OR COMPROMISE OR ARRANGEMENT OF SINO-FOREST CORPORATION | Court File No. CV-12-9667-00CL |
|---|---|
| | *ONTARIO*<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>Proceedings commenced in Toronto<br><br>**MONITOR'S CERTIFICATE**<br><br>**GOWLING LAFLEUR HENDERSON LLP**<br>First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, Ontario<br>M5X 1G5<br><br>**Jennifer Stam (LSUC#: 46735J)**<br>Tel:  (416) 862-5697<br>Fax:  (416) 862-7661<br>E-mail: jennifer.stam@gowlings.com<br><br>Lawyers for FTI Consulting Canada Inc., in its capacity as Monitor of the within proceedings. |

TOR_LAW\ 8077385\1