Dennis F. Dunne
Thomas J. Matz
Jeremy C. Hollembeak
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone:  (212) 530-5000

*Counsel to FTI Consulting Canada Inc., as Foreign Representative
of the Canadian Proceeding of Sino-Forest Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SINO-FOREST CORPORATION, <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 13-10361 (MG) |

**DISCLOSURES PURSUANT TO BANKRUPTCY RULES 1007(a)(4) AND
7007.1 AND BANKRUPTCY CODE § 1515(c)**

FTI Consulting Canada Inc. (the "**Monitor**"), as the court-appointed monitor and authorized foreign representative of the proceeding (the "**Canadian Proceeding**") of Sino-Forest Corporation ("**SFC**") commenced on March 30, 2012 under Canada's *Companies' Creditors Arrangement Act,* R.S.C. 1985, c. C-36 (as amended, the "**CCAA**") pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), by its undersigned counsel, hereby makes the following disclosures pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure:

**Corporate Ownership**

1.     Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the local Rules for the United States Bankruptcy Court for the Southern District of New York, the Monitor hereby states that SFC is owned 19.49% by

Mandolin Fund Pte Limited, a direct wholly-owned subsidiary of Richard Chandler Capital Corporation Pte Limited, and 12.6% by Davis Selected Advisers, L.P.[1]  Prior to implementation of SFC's Plan, SFC also directly owned 100% of the following entities:  Sino-Panel Holdings Limited (incorporated in the BVI), Sino-Global Holdings Inc. (incorporated in the BVI), Sino-Panel Corporation (incorporated in Canada), Sino-Wood Partners, Limited (incorporated in Hong Kong), Sino-Capital Global Inc. (incorporated in the BVI), and SFC Barbados.  SFC also holds all of the preference shares of Sino-Forest Resources Inc. (incorporated in the BVI).

### Foreign Proceedings Related to the CCAA Proceeding

2. The Monitor is the only entity authorized by the Ontario Court to administer foreign proceedings on behalf of the Canadian Proceeding.  The Monitor believes that, other than the Canadian Proceeding, there are no other foreign proceedings pending with respect to SFC.  The Monitor's address is as follows:

> FTI Consulting Canada Inc.
> 79 Wellington Street West, Suite 2010
> P.O. Box 104
> Toronto, ON M5K 1B1
> Canada

### Parties to U.S. Litigation

3. SFC is listed as a defendant in a complaint filed in the Supreme Court of the State of New York on January 27, 2012, commencing a class action (the "**NY Class Action**") against SFC and certain other defendants.  The NY Class Action was subsequently removed to the United States District Court for the Southern District of New York and remains pending there,

---

[1] The Monitor notes that, as the common shares of SFC have not been publicly listed or traded for some time, current shareholder information is not available.  Accordingly, the corporate ownership information provided herein is based solely on publicly-available records of SFC and, therefore, such information may no longer be accurate as of the filing of this statement and the Monitor is unable to verify whether there are any additional parties that may own, directly or indirectly, 10% or more of any class of SFC's equity interests.  The Monitor also notes, however, that such shares will be cancelled under the terms of SFC's

under the caption *Leapard v. Chan*, No. 12-1726 (S.D.N.Y.).  The named plaintiffs in the NY Class Action are David Leapard and IMF Finance SA, represented by counsel Cohen Milstein Sellers & Toll PLLC, 88 Pine Street, 14th Floor, New York, NY  10005, Attention:  Richard S Speirs, Stefanie Ramirez, and Kenneth M. Rehns.  The defendants in the NY Class Action and their respective counsel are as follows:

- Allen T.Y. Chan, represented by counsel Miller Thomson LLP, Scotia Plaza, 40 King Street West, Suite 5800, Toronto, Ontario  M5H 3S1 Canada, Attention:  Jay M. Hoffman, Joseph Marin, and Emily Cole;[2]

- David J. Horsley, represented by counsel Wardle Daley Bernstein LLP, 2104 - 401 Bay Street, P.O. Box 21, Toronto Ontario M5H 2Y4, Attention:  Peter Wardle, Simon Bieber, and Erin Pleet;

- Kai Kit Poon, represented by counsel Davis LLP, 1 First Canadian Place, Suite 6000, PO Box 367, 100 King Street West, Toronto, ON M5X 1E2, Attention:  Susan E. Friedman, Bruce Darlington, and Brandon Barnes;

- Merrill, Lynch, Pierce, Fenner & Smith, Incorporated, as successor by merger with Banc of America Securities LLC, represented by counsel Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attention:  Adam S. Hakki, Jaculin Aaron, and Brian G. Burke;

- Credit Suisse Securities (USA) LLC, represented by counsel Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY  10022, Attention:  Adam S. Hakki, Jaculin Aaron, and Brian G. Burke;

- Sino-Forest Corporation, represented by counsel Bennett Jones LLP, 3400 One First Canadian Place, P.O. Box 130, Toronto, Ontario M5X 1A4, Attention:  Robert W. Staley, Kevin Zych, Derek J. Bell, Raj S. Sahni, Sean Zweig; and

- Ernst & Young Global Limited and Ernst & Young LLP, represented by counsel Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY  10104, Attention:  Grant J. Esposito and Dennis P. Orr.

---

plan of compromise and reorganization dated December 3, 2012 (as the same may be amended, revised or supplemented in accordance with its terms, the "**Plan**") in less than 30 days.

[2]  No appearances have been made in the NY Class Action on behalf of defendants Allen T.Y. Chan, David J. Horsley, Kai Kit Poon, and Sino-Forest Corporation.  Therefore, counsel information reflects such defendants' respective counsel in the Canadian Proceeding.

3

4. To the knowledge of the Monitor, SFC is not a party to any pending litigation in the United States, other than the NY Class Action.

**Parties Against Whom Relief Is Sought Pursuant to Bankruptcy Code § 1519**

5. The Monitor currently does not intend to seek relief against any parties pursuant to section 1519 of the Bankruptcy Code (11 U.S.C. § 1519), but reserves all of its rights to do so if it determines such relief is urgently needed to protect the assets of SFC or the interests of creditors.

Dated:   February 5, 2013
         New York, New York

                                                     MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

                                                     /s/ Jeremy C. Hollembeak
                                                     Dennis F. Dunne
                                                     Thomas J. Matz
                                                     Jeremy C. Hollembeak
                                                     One Chase Manhattan Plaza
                                                     New York, NY 10005-1413
                                                     Telephone: (212) 530-5000

                                                     *Counsel to FTI Consulting Canada Inc., as Foreign Representative of the Canadian Proceeding of Sino-Forest Corporation*