**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 15 |
|  | ) |  |
| SINO-FOREST CORPORATION, | ) | Case No. 13- 10361 (MG) |
|  | ) |  |
| Debtor in a Foreign Proceeding | ) |  |
|  | ) |  |

**NOTICE OF FILING AND HEARING ON PETITION SEEKING
RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF
PURSUANT TO CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on February 4, 2013, FTI Consulting Canada Inc. (the "**Monitor**"), in its capacity as court-appointed monitor and authorized foreign representative of the proceeding (the "**Canadian Proceeding**") of Sino-Forest Corporation ("**SFC**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "**CCAA**") pending before the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**"), filed a petition (the "**Chapter 15 Petition**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "**Bankruptcy Code**") commencing a case (the "**Chapter 15 Case**") ancillary to the Canadian Proceeding and seeking (i) recognition of the Canadian Proceeding as a "foreign main proceeding" pursuant to sections 1515 and 1517 of the Bankruptcy Code ("**Recognition**") and (ii) and giving full force and effect in the United States to (a) the Initial Order of the Ontario Court dated March 30, 2012, including any extensions or amendments thereof (the "**Initial Order**") and (b) the Plan Sanction Order of the Ontario Court dated December 10, 2012, including any extensions or amendments thereof (the "**Plan Sanction Order**," and together with the Initial Order, the "**Canadian Orders**") sanctioning SFC's plan of compromise and reorganization dated December 3, 2012 (as the same may be amended, revised, or supplemented in accordance with its terms, the "**Plan**") pursuant to sections 105(a), 1507, and 1521 of the Bankruptcy Code ("**Enforcement**").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") has scheduled a hearing on **March 6, 2013 at 11:00 a.m**. (**ET**) before the Honorable Martin Glenn in Courtroom 501 of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408 to consider the Chapter 15 Petition and any responses or objections thereto (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Chapter 15 Petition or any relief requested therein must do so pursuant to the Bankruptcy Code and the Local and Federal Rules of Bankruptcy Procedure. Such response or objection must be made in writing describing the basis therefore and filed with the Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the Bankruptcy Court's electronic case filing system, and by all other parties in interest, on a 3.5 inch disc, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, with a hard copy to the Chambers of the Honorable

Martin Glenn, United States Bankruptcy Judge, and served upon counsel for the Monitor so as to be received by them no later than **February 26, 2013 at 11:59 p.m. (ET)**. Notices to counsel for the Monitor should be addressed to Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005-1413, Attention: Dennis F. Dunne, Esq., Thomas J. Matz, Esq., and Jeremy C. Hollembeak, Esq.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant Recognition, Enforcement of the Canadian Orders, and any relief in furtherance thereof requested by the Monitor without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Hearing of the adjourned date or dates or any further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that no time period or place for the filing of proofs of claim has been established in the Chapter 15 Case and creditors, including secured creditors, need not file proofs of claim at this time.

**PLEASE TAKE FURTHER NOTICE** that copies of the Chapter 15 Petition, the Canadian Orders, and other filings in the Chapter 15 Case are presently available (i) on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at https://ecf.nysb.uscourts.gov/ (a PACER login and a password are required to retrieve a document), (ii) from the Monitor through its website at http://cfcanada.fticonsulting.com/sfc/default.htm, and/or (iii) upon written request to the Monitor's counsel addressed to:

>Milbank, Tweed, Hadley & M$^c$Cloy LLP
>1 Chase Manhattan Plaza
>New York, NY 10005
>Telephone: (212) 530-5000
>Attn: Jeremy C. Hollembeak, Esq.
>JHollembeak@milbank.com

2

Dated: New York, New York
February 5, 2013

    MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

Dennis F. Dunne
Thomas J. Matz
Jeremy C. Hollembeak
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Ddunne@milbank.com
TMatz@milbank.com
JHollembeak@milbank.com

*Counsel to FTI Consulting Canada Inc., as Foreign Representative of the Canadian Proceeding of Sino-Forest Corporation*