Dennis F. Dunne
Thomas J. Matz
Jeremy C. Hollembeak
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to FTI Consulting Canada Inc., as Foreign Representative
of Canadian Proceeding of Sino-Forest Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
                                                        :
**In re:**                                              :          **Chapter 15**
                                                        :
**SINO-FOREST CORPORATION**                             :          **Case No. 13-10361 (MG)**
                                                        :
                 **Debtor in a Foreign Proceeding** :
                                                        :
--------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) SS.:
COUNTY OF NEW YORK   )

        ROHAN S. KAZI, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^C$Cloy LLP, counsel to FTI Consulting Canada Inc., as foreign representative of the Canadian proceeding of Sino-Forest Corporation, in the above-captioned case.

        On the 5th of February 2013, I caused copies of the following documents:

1.  Chapter 15 Petition for Recognition of Foreign Proceeding. [Docket No. 1]

2.  Verified Petition For Recognition of Foreign Proceeding And Related Relief. [Docket No. 2]

3. Memorandum of Law in Support of Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief. [Docket No. 3]

4. Notice of Filing and Hearing on Petition Seeking Recognition of Foreign Proceeding and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code. [Docket No. 6]

to be served upon the interested parties identified in Exhibit 1A by FedEx; the interested parties identified in Exhibit 1B by electronic mail; the supplemental interested parties identified in Exhibit 2A by FedEx; the supplemental interested parties identified in Exhibit 2B by electronic mail; and to the Chambers of the Honorable Judge Martin Glenn and United States Trustee as identified in Exhibit 3 by hand delivery.[1]

Rohan S. Kazi

SWORN TO AND SUBSCRIBED before me this 1st of March, 2013

Notary Public

MICHAEL WILLIAM PRICE
Notary Public, State of New York
No. 02PR6250526
Qualified in New York County
Certificate Filed in New York County
Commission Expires Oct. 31, 2015

---

[1] Exhibits 2A and 2B contain the contact information of those interested parties served with the foregoing documents that are individuals. The Monitor is of the view that the identity and contact information of those individuals is sensitive personal and private information, which should not be publicly disclosed. Exhibits 2A and 2B are not being publicly filed on the Bankruptcy Court's electronic case filing system or docket. Contemporaneously with the filing hereof, counsel to the Monitor will provide hard copies of Exhibits 2A and 2B to the Chambers of the Honorable Judge Martin Glenn and United States Trustee. Inquiries regarding whether any particular individual was served with the foregoing documents and, if so, at what postal and/or electronic address should be directed to counsel for the Monitor at Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005-1413, Attention: Jeremy C. Hollembeak, Esq., or jhollembeak@milbank.com.

## Exhibit 1A

**Interested Parties Served by FedEx**

361825 ALBERTA LTD.
33075 Rocky Range View
Calgary, AB  T3Z 3B6
Canada

AFFLECK GREENE MCMURTY LLP
365 Bay Street, Suite 200
Toronto, Ontario M5H 2V1
Canada
*Lawyers for BDO*

ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
*Lawyers for Ernst & Young LLP*

BAKER MCKENZIE LLP
Brookfield Place
2100-181 Bay Street
Toronto, Ontario M5J 2T3
Canada
*Lawyers for Poyry (Beijing) Consulting Company Limited*

BDO LIMITED
25th Floor, Wing on Centre
111 Connaught Road Central
Hong Kong,
China

BENNETT JONES LLP
3400 One First Canadian Place,
P.O. Box 130
Toronto, Ontario M5X 1A4
Canada
*Lawyers for the Applicant, Sino-Forest Corporation*

BLOOMBERG
27F Cheung Kong Center
2 Queen's Road, Central,
Hong Kong

BSL TRUSTEE COMPANY PRIVATE LIMITED A/C BSL COMMODITY EQUITIES
FUND GLOBAL AGRIPLAN
One India Bulls Centre, Tower One
17th Floor, Jupiter Mill Compound
841 Senapati, Bapat Marg, Elphinstone Road
Mumbai,  400013
India

CANSO INVESTMENT COUNSEL LTD
100 York Blvd
Suite 550
Richmond Hill, ON  L4B 2J8
Canada
*For Michel Auclair*

CHAITONS LLP
5000 Yonge Street, 10th Floor
Toronto, Ontario M2N 7E9
Canada
*Lawyers for the Law Debenture Trust Company of New York, Senior Note Indenture
Trustee*

CLYDE & COMPANY
390 Bay Street, Suite 800
Toronto, Ontario M5H 2Y2
Canada
*Lawyers for ACE INA Insurance and Chubb Insurance Company of Canada*

CNW GROUP
20 Bay Street, Waterpark Place
Suite 1500
Toronto, ON  M5J 2N8
Canada

COHEN MILSTEIN SELLERS & TOLL PLC
88 Pine Street, 14th Floor
New York, NY 10005
*Attorneys for the Plaintiff and the Proposed Class re New York action – David Leapard,
IMF Finance SA, Myong Hyon Yoo*

COHEN MILSTEIN SELLERS & TOLL PLC
1100 New York, Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
*Attorneys for the Plaintiff and the Proposed Class re New York action*

DAVIES HOWE PARTNERS LLP
5th Floor, 99 Spadina Avenue
Toronto, Ontario M5V 3P8
Canada
*Lawyers for Certain Underwriters at Lloyds of London, being Sagicor Syndicate 1206 at Lloyds and Barbican Financial & Professional Lines Consortium Syndicate 9562 at Lloyds*

DAVIES WARD PHILLIPS & VINEBERG LLP
155 Wellington Street West
Toronto, ON M5V 3J7
Canada
*Canadian Counsel for the Plaintiff and the Proposed Class re New York action*

DAVIS LLP
1 First Canadian Place, Suite 6000
PO Box 367
100 King Street West
Toronto, ON M5X 1E2
Canada
*Lawyers for Kai Kit Poon*

DEPARTMENT OF JUSTICE
130 King Street West
Toronto, ON  M5X 1K6
Canada
*Lawyers for Canada Revenue Agency*

EMMET, MARVIN & MARTIN, LLP
120 Broadway, 32nd Floor
New York, NY 10271
*U.S. Lawyers for the Convertible Note Indenture Trustee (The Bank of New York Mellon)*

FASKEN MARTINEAU LLP
333 Bay Street, Suite 2400,
Bay-Adelaide Centre, Box 20
Toronto, Ontario M5H 2T6
Canada
*Canadian Lawyers for the Convertible Note Indenture Trustee (The Bank of New York Mellon)*

FRASER MILNER CASGRAIN LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto Ontario M5K 0A1
Canada
*Lawyers for Contrarian Capital Management, LLC*

GOODMANS LLP
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7
Canada
*Lawyers for Ad Hoc Committee of Bondholders*

GOWLING LAFLEUR HENDERSON LLP
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, Ontario M5X 1G5
Canada

HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED IN ITS CAPACITY
AS CUSTODIAN OF HSBC GLOBAL ASSET MANAGEMENT HOLDINGS
(BAHAMAS) LIMITED
17/F, Tower 2 & 3, HSBC Centre
1 Sham Mong RD Kowloon
Hong Kong, China

ISRAEL DISCOUNT BANK LLTD.
Foreign Securities Dept.
38 Yehuda Haley St.
Tel Aviv, Israel
*For claims of Yusuf Barbut, Yuda Leon Mizrahi, Kalo Pasarel*

J. KING AND SONS COMPANY INCORPORATED
168 Magallanes Street
Cebu City, Cebu  6000
Philippines

JAPAN TRUSTEE SERVICES BANK LTD.
Investment Trust Department
8-11, Harumi J-chome, Chuo-ku
Tokyo,  104-6107
Japan

KENNEDYS
11th Floor, The HK Club Building
3A Chater Road
Central, Hong Kong

KIM ORR BARRISTERS P.C.
19 Mercer St., 4th Floor
Toronto, ON M5V 1H2
Canada
*Lawyers for Invesco Canada Ltd., Northwest & Ethical Investments L.P., Comité
Syndical National De Retraite Batirente Inc., Matrix Asset Management Inc., Gestion
Férique and Montrusco Bolton Investments Inc.*

KOSKIE MINSKY LLP
20 Queen Street West, Suite 900
Toronto, Ontario M5H 3R3
Canada
*Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including
the Representative Plaintiffs in the Ontario Class Action against the Applicant*

LAPOINTE ROSENSTEIN MARCHAND MELANÇON, S.E.N.C.R.L.
1250, boul. René-Lévesque Ouest, Bureau 1400
Montréal, QC H3B 5E9
Canada
*Québec counsel for Pöyry (Beijing) Consulting Company Ltd.*

LAVIE LAW FIRMS AND NOTARY
Rubinstein House 15th Floor
20 Lincoln Street
Tel Aviv, Israel 67134
*Counsel to Menora Mivtachim Insurance, Ltd., Menora Mivtachim Gemel, Ltd., Menora
Mivtachim Pension, Ltd.; on behalf of certain accounts*

LAW DEBENTURE TRUST COMPANY OF NEW YORK
400 Madison Avenue – 4th Floor
New York, New York 10017
*Senior Note Indenture Trustee*

LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP
Suite 2600, 130 Adelaide Street West
Toronto, Ontario M5H 3P5
Canada
*Lawyers for Ernst & Young LLP*

LEVEL 3- GLOBAL CROSSING TELECOMMUNICATIONS CANADA LTD.
1140 de Maisonneuve West
8th Floor Billing Dept
Montreal, QC  H3A 1M8
Canada

MCCARTHY TETRAULT LLP
Suite 2500, 1000 De La Gauchetiere St. West
Montreal, Québec, H3B 0A2
Canada
*Lawyers for Ernst & Young LLP*

MCMILLAN LLP
Brookfield Place, 181 Bay Street
Suite 4400
Toronto, ON  M5J 2T3
Canada
*Lawyer for Alfred Hung; Albert Ip; George Ho; Simon Yeung*

MERCHANT LAW GROUP LLP
Saskatchewan Drive Plaza
100-2401 Saskatchewan Drive
Regina, Saskatchewan S4P 4H8
Canada
*Lawyers for the Plaintiffs re Saskatchewan Action, including Alan Haigh*

MILLER THOMSON LLP
Scotia Plaza, 40 King Street West
Suite 5800
Toronto, ON  M5H 3S1
Canada
*Lawyers for Allen Chan*

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
*Attorneys for Ernst & Young LLP*

NEW WORLD FUND, INC.
333 South Hope Street, 55th Floor
Los Angeles, CA  90071
USA

ONTARIO SECURITIES COMMISSION
Suite 1900, 20 Queen Street West
Toronto, Ontario M5H 3S8
Canada

OSLER, HOSKIN & HARCOURT LLP
1 First Canadian Place
100 King Street West
Suite 6100, P.O. Box 50
Toronto, Ontario M5X 1B8
Canada
*Lawyers for certain members of the former Board of Directors of Sino-Forest
Corporation (Edmund Mak, James F. O'Donnell, Kai Kit Poon, Kee Y. Wong, R. John
Lawrence, William P. Rosenfeld, Michael Cheng, Simon Murray, James M.E. Hyde,
Judson Martin, Peter Donghong Wang, William E. Ardell, James Bowland, Garry West)*

PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP
155 Wellington Street, 35th Floor
Toronto, Ontario M5V 3H1
Canada
*Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including
the Representative Plaintiffs in the Ontario Class Action against the Applicant*

PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York 10036-2603
USA

PT. POYRY INDONESIA
Plaza Bapindo, Citibank Tower
10th Floor, J1. Jend. Sudirman Kav. 54-55
Jakarta, Indonesia 12190

POYRY (BEIJING) CONSULTING CO. LTD. SHANGHAI BRANCH
2208 Cloud. Nine Plaza
No. 1118 West Yarian Rd.
Shanghai, 200052
China

RICKETTS, HARRIS LLP
Suite 816, 181 University Ave
Toronto ON M5H 2X7
Canada
*Lawyers for Travelers Insurance Company of Canada*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
*Lawyers to Credit Suisse Securities (USA) LLC; Lawyers to Merrill Lynch, Pierce, Fenner & Smith Inc.*

SIDLEY AUSTIN
Level 39, Two Int'l Finance Centre
8 Finance Steet
Central, Hong Kong
*Attorneys for Allen Chan*

SISKINDS LLP
680 Waterloo Street
P.O. Box 2520
London, ON N6A 3V8
Canada
*Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including the Representative Plaintiffs in the Ontario Class Action against the Applicant*

SMALLCAP WORLD FUND, INC.
333 South Hope Street, 55th Floor
Los Angeles, CA  90071
USA

STATE GENERAL RESERVE FUND
Mitsubishi UFJ Trust and Banking Corp.
Way No. 9105, Walijat Street,
PO Box 188
Muscat, Sultanate of Oman

THE BANK OF NEW YORK MELLON
12/F Three Pacific Place
1 Queen's Road East, Hong Kong
*Convertible Note Indenture Trustee*

THE BANK OF NEW YORK MELLON
320 Bay Street, 11th Floor
Toronto, Ontario M5H 4A6
Canada
*Convertible Note Indenture Trustee*

THE BANK OF NEW YORK MELLON
Global Corporate Trust
101 Barclay Street – 4th Floor East
New York, New York 10286
*Convertible Note Indenture Trustee*

THE GROWTH FUND OF AMERICA, INC.
333 South Hope Street, 55th Floor
Los Angeles, CA  90071
USA

THE MASTER TRUST BANK OF JAPAN, LTD.
2-11-3 Hamamatsucho
Minato-ku
Tokyo,  105-8579
Japan
*On behalf of Certain Funds*

THE PROFESSIONAL CENTRE
120 Adelaide Street West
Suite 2500
Toronto, ON  M5H 1T1
Canada

THESEE FUND SPC, LIMITED
PO Box 852 - UBS
227 Elgin Avenue
Grand Cayman, Cayman  KY1- 1103

THOMPSON HINE LLP
335 Madison Avenue – 12th Floor
New York, New York 10017-4611
*Lawyers for Law Debenture Trust Company of New York, Senior Note Indenture Trustee*

THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114
*Lawyers for Law Debenture Trust Company of New York, Senior Note Indenture Trustee*

THORNTON GROUT FINNIGAN LLP
Suite 3200, 100 Wellington Street West
P. O. Box 329, Toronto-Dominion Centre
Toronto, Ontario M5K 1K7
Canada
*Lawyers for the Ontario Securities Commission*

TORYS LLP
79 Wellington Street West
Suite 3000, Box 270
Toronto-Dominion Centre
Toronto, Ontario M5K 1N2
Canada

TSX INC.
130 King Street West
Toronto, ON  M5X 1J2
Canada
*Lawyers for the Underwriters named in Class Actions*

VALIANT TRUST COMPANY
310, 606 4th Street SW
Calgary, AB  T2P 1T1
Canada

WARDLE DALEY BERNSTEIN LLP
2104 - 401 Bay Street, P.O. Box 21
Toronto, ON M5H 2Y4
Canada
*Lawyers for David Horsley*

WHITEROCKSUSSEX CENTRE
50 Burnhamthorpe Road West
Suite 319
Mississauga, ON  L5B 3C2
Canada

## <u>Exhibit 1B</u>

**Interested Parties Served by Email**

staleyr@bennettjones.com; zychk@bennettjones.com; belld@bennettjones.com;
sahnir@bennettjones.com; bellj@bennettjones.com; zweigs@bennettjones.com;
derrick.tay@gowlings.com; jennifer.stam@gowlings.com;
jason.mcmurtrie@gowlings.com; bjkalsi@telus.net; pgreene@agmlawyers.com;
kdekker@agmlawyers.com; mbooth@agmlawyers.com; ken.coleman@allenovery.com;
jonathan.cho@allenovery.com; john.pirie@bakermckenzie.com;
david.gadsden@bakermckenzie.com; stephanchan@bdo.com.hk;
anil.lal@birlasunlife.com; kcolwill@cansofunds.com; Harvey@chaitons.com;
marymargaret.fox@clydeco.ca; paul.emerson@clydeco.ca; rspeirs@cohenmilstein.com;
sramirez@cohenmilstein.com; stoll@cohenmilstein.com; mkaplan@cohenmilstein.com;
davidc@davieshowe.com; jswartz@dwpv.com; jdoris@dwpv.com; sfriedman@davis.ca;
bdarlington@davis.ca; bbarnes@davis.ca; diane.winters@justice.gc.ca;
mcolloff@emmetmarvin.com; sbrotman@fasken.com; coneill@fasken.com;
neil.rabinovitch@fmc-law.com; jane.dietrich@fmc-law.com; bzarnett@goodmans.ca;
rchadwick@goodmans.ca; boneill@goodmans.ca; cdescours@goodmans.ca;
berthamhtam@hsbc.com.HK; haim.tuil@discountbank.co-il;
hiroaki.hagiya@japantrustee.ca.jp; wjk@kimorr.ca; jo@kimorr.ca; mcs@kimorr.ca;
mbm@kimorr.ca; YR@kimorr.ca; TTJ@kimorr.ca; kbaert@kmlaw.ca; jptak@kmlaw.ca;
jbida@kmlaw.ca; gmyers@kmlaw.ca; bernard.gravel@lrmm.com;
bruno.floriani@lrmm.com; michal@sl-law.co.il; james.heaney@lawdeb.com;
pgriffin@litigate.com; posborne@litigate.com; lfuerst@litigate.com; sroy@litigate.com;
atardif@mccarthy.ca; mpoplaw@mccarthy.ca; clegendre@mccarthy.ca;
markus.koehnen@mcmillan.ca; tmerchant@merchantlaw.com;
jhoffman@millerthomson.com; jmarin@millerthomson.com; ecole@millerthomson.com;
gesposito@mofo.com; dorr@mofo.com; knn@capgroup.com; hcraig@osc.gov.on.ca;
llowenstein@osler.com; esellers@osler.com; ggrove@osler.com;
ken.rosenberg@paliareroland.com; max.starnino@paliareroland.com;
GLuftspring@rickettsharris.com; ssasso@rickettsharris.com; jaaron@shearman.com;
brian.burke@shearman.com; ahakki@shearman.com; alinning@sidley.com;
dimitri.lascaris@siskinds.com; Charles.wright@siskinds.com; knn@capgroup.com;
david.bourne@uk.am.mufg.jp; norihiko_sakata@tr.mufg.jp;
marelize.coetzee@bnymellon.com; tin.chung@bnymellon.com;
grace.lau@bnymellon.com; George.bragg@bnymellon.com;
david.m.kerr@bnymellon.com; knn@capgroup.com; manabu_furuya@mastertrust.co.jp;
jjohnson@cedrosmgmt.com; yesenia.batista@thompsonhine.com;
irving.apar@thompsonhine.com; Curtis.tuggle@thompsonhine.com; jgrout@tgf.ca;
kplunkett@tgf.ca; jfabello@torys.com; dbish@torys.com; agray@torys.com;
aslavens@torys.com; pwardle@wdblaw.ca; sbieber@wdblaw.ca; epleet@wdblaw.ca;

## **Exhibit 2A**

**Supplemental Interested Parties Served by FedEx**

[Redacted]

## Exhibit 2B

**Supplemental Interested Parties Served by Email**

[Redacted]

## Exhibit 3

THE HONORABLE MARTIN GLENN
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green,
New York, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201