**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Tatiana Ingman
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

    -and-

65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for the Ontario Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Lowenstein Sandler LLP appears in the above-captioned case as bankruptcy counsel for the plaintiffs in the class action proceeding pending in the Ontario Superior Court of Justice styled *Trustees of the Labourers' Pension Fund of Central and Eastern Canada et al v. Sino-Forest Corporation et al,* Court File No. CV-11-431153-00CP (the "**Ontario Class Action Plaintiffs**") and pursuant to § 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 - 1532 and Rules 2002(g) and 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon them at the following address:

**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

Attn:  Michael S. Etkin, Esq.
metkin@lowenstein.com

Attn:  Tania Ingman, Esq.
tingman@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise, in this case

Dated: March 6, 2013
New York, New York

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

By: /s/ *Michael S. Etkin*
Michael S. Etkin, Esq.
Tania Ingman, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel for Ontario Class Action Plaintiffs*