ALLEN & OVERY LLP
Ken Coleman
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399

*Counsel to Ernst & Young LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**In re:**                                                   :          **Chapter 15**
                                                             :
**SINO-FOREST CORPORATION**                                  :          **Case No. 13-10361 (MG)**
                                                             :
        **Debtor in a Foreign Proceeding**                   :
                                                             :
------------------------------------------------------------ x

### NOTICE OF FILING OF THE ORDER AND ENDORSEMENTS
### OF THE ONTARIO COURT

    **PLEASE TAKE NOTICE** that Ernst & Young LLP ("**E&Y**") hereby files, in the above-captioned case, the following documents entered by the Ontario Superior Court of Justice (Commercial List) (the "**Ontario Court**") in the proceeding for Sino-Forest Corporation under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (the "**Canadian Proceeding**"):  (i) the Order of the Ontario Court dated as of March 20, 2013, approving a settlement involving E&Y, attached hereto as Exhibit A (the "**Order**"); (ii) the Endorsement of the Ontario Court dated March 20, 2013, attached hereto as Exhibit B; and (iii) the Endorsement of the Ontario Court dated March 28, 2013, attached hereto as Exhibit C (the foregoing, collectively, the "**Ontario Court Documents**").[1]

    **PLEASE TAKE FURTHER NOTICE** that, in addition to the above, E&Y hereby files the following documents related to the Ontario Court Documents:  (x) the letter of Kim Orr Barristers P.C., as counsel to various parties opposing the settlement, to the Ontario Court dated March 26, 2013, attached hereto as Exhibit D; (y) the letter of Paliare Roland Rosenberg Rothstein LLP, as counsel to the Ad Hoc Committee of Purchasers of the Applicant's Securities, to the Ontario Court dated March 27, 2013, attached hereto as Exhibit E; and (z) the letter of Lenczner Slaght Royce Smith Griffin LLP, as counsel for E&Y, to the Ontario Court dated March 27, 2013, attached hereto as Exhibit F.

--------------------------------------------------

[1] This notice and the documents attached hereto are provided for information purposes.  Relief in this case with respect to the Order will be the subject of a subsequent motion, notice, and hearing.

PLEASE TAKE FURTHER NOTICE that copies of the Ontario Court Documents are also available from the website of FTI Consulting Canada Inc., as the court-appointed monitor in the Canadian Proceeding, at http://cfcanada.fticonsulting.com/sfc/default.htm.

Dated: New York, New York
      April 2, 2013

 

           ALLEN & OVERY LLP

           /s/ Ken Coleman
           Ken Coleman
           Jonathan Cho
           1221 Avenue of the Americas
           New York, New York 10020
           Telephone (212) 610-6300
           Facsimile (212) 610-6399
           ken.coleman@allenovery.com
           jonathan.cho@allenovery.com