**EXHIBIT C**

Court File Number: **CV-12-9667-00CL**

## Superior Court of Justice
### Commercial List

# FILE/DIRECTION/ORDER

_____SINO FOREST_____ **Plaintiff(s)**

AND

_____ **Defendant(s)**

Case Management ☐ Yes ☐ No  by Judge: _____

| Counsel | Telephone No: | Facsimile No: |
|---|---|---|
| Mr. M. Spencer | 416 349 6572 | 416-598-0601 |
| Mr. M. Starnino | 416 646 7431 | 416 646 4301 |

☐ Order   ☐ Direction for Registrar (No formal order need be taken out)
☐ Above action transferred to the Commercial List at Toronto (No formal order need be taken out)

☐ Adjourned to: _____
☐ Time Table approved (as follows):

I have reviewed written submissions from both Mr. Spencer and Mr. Starnino. I agree with the submissions of M. Starnino, concluding with: "The engagement in argument subsequent to the settlement approval motion and prior to the allocation motion should not be encouraged. In any event, on the merits, I am also persuaded by the position set out by Mr. Starnino. The order has been signed as presented by Mr. Starnino.

March 28, 2013 — *Date*

*Judge's Signature*

☐ Additional Pages _____