UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                    :
                                                          :  Chapter 15
SINO-FOREST CORPORATION,                                  :
                                                          :  Case No. 13-10361 (MG)
                                                          :
          Debtor in a Foreign Proceeding.                 :
------------------------------------------------------------x

### DECLARATION OF KEN COLEMAN IN SUPPORT OF PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDINGS

KEN COLEMAN, pursuant to 28 U.S.C. §1746, hereby declares as follows:

1. I am a member of the firm of Allen & Overy LLP, counsel to Ernst & Young LLP ("**E&Y**"). I respectfully submit this affidavit in support of E&Y's *Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* and accompanying Memorandum of Law.

2. Attached is a true and correct copy of each of the following documents:

    A. Fifteenth Report of the Monitor dated January 28, 2013

    B. Endorsement of the Ontario Court dated March 20, 2013

    C. Endorsement of the Court of Appeal for Ontario dated June 26, 2013

    D. Factum of Ernst & Young LLP dated February 4, 2013

    E. Responding Factum of Ernst & Young LLP dated February 22, 2013

    F. Responding Factum of Ernst & Young LLP dated May 17, 2013

3. Attached is a true and correct copy of each of the unpublished or foreign decisions cited in the accompanying Memorandum of Law:

    G. (1) <u>In re Spiegel Inc.</u>, 2006 Bankr. LEXIS 2158 (Bankr. S.D.N.Y. Aug. 16, 2006)

    (2) <u>ATB Financial v. Metcalfe and Mansfield Alternative Investments II Corp.</u>, 2008 ONCA 587, 92 O.R. (3d) 513

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 23, 2013

                  <u>/s/ Ken Coleman</u>
                  Ken Coleman

                  Attorney for Ernst & Young LLP