Dennis F. Dunne
Thomas. J. Matz
Jeremy C. Hollembeak
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to FTI Consulting Canada Inc., as Foreign Representative
of the Canadian Proceeding of Sino-Forest Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding. | |

**JOINDER OF FOREIGN REPRESENTATIVE IN (I) MOTION TO RECOGNIZE
AND ENFORCE ORDER OF ONTARIO COURT APPROVING ERNST & YOUNG
SETTLEMENT AND (II) MEMORANDUM OF LAW IN SUPPORT OF MOTION
TO RECOGNIZE AND ENFORCE ORDER OF ONTARIO COURT APPROVING
<u>ERNST & YOUNG SETTLEMENT</u>**

FTI Consulting Canada Inc. (the "**Monitor**"), in its capacity as the court-appointed monitor and authorized foreign representative of the proceeding of Sino-Forest Corporation under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended), pending before the Ontario Superior Court of Justice (Commercial List), hereby joins in the (i) *Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* [Dkt. No. 18] (the "**Motion**"), and (ii) *Memorandum of Law in Support of Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* [Dkt. No. 19] (the "**Memorandum**"), and respectfully represents as follows:

## JOINDER

The Monitor joins in the relief requested by E&Y[1] in the Motion for the reasons stated therein and in the Memorandum.  The Monitor, through its undersigned U.S. counsel, is available at the Court's convenience should the Court have any questions or concerns.

**WHEREFORE**, the Monitor respectfully requests that this Court grant the relief requested in the Motion and any other relief the Court deems necessary or appropriate under the circumstances.

Dated: New York, New York
September 23, 2013

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**

By: /s/ *Jeremy C. Hollembeak*
Dennis F. Dunne
Thomas J. Matz
Jeremy C. Hollembeak
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

*Counsel to FTI Consulting Canada Inc., as Foreign Representative of the Canadian Proceeding of Sino-Forest Corporation*

---

[1] Capitalized terms used but not defined herein will have the meanings ascribed to them in the Motion.