**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Ken Coleman
Jonathan Cho

*Attorneys for Ernst & Young LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 15
SINO-FOREST CORPORATION,                            :
                                                    :    Case No. 13-10361 (MG)
                                                    :
        Debtor in a Foreign Proceeding.             :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                            : SS
CITY OF NEW YORK:

Patricia A. Birley, being duly sworn, deposes and says:

I am over the age of eighteen years, am not a party to the action, and reside in Old Bridge, State of New Jersey. On September 25, 2013, I caused true and correct copies of the *Notice of Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement*, with its accompanying exhibit, to be served via first class mail to the persons on the service lists attached hereto as Exhibits A-C.[1]

_____
Patricia A. Birley

Sworn before me this 26th day
of September, 2013

_____
Notary Public

MELISSA GABRIELLINI
Notary Public, State of New York
No. 01GA6112613
Qualified in Richmond County
My Commission Expires July 6, 20__

---

[1] Exhibit B contains the contact information of parties that are individuals. Because such information may be personal or private in nature, Exhibit B will be filed on the docket in redacted form. Contemporaneously with such filing, unredacted copies will be provided to the Chambers of the Honorable Judge Martin Glenn.

1

**Exhibit A**

**Exhibit A**

COHEN MILSTEIN SELLERS &
TOLL PLC
88 Pine Street, 14th Floor
New York, NY 10005
Attn:   Stephen J. Toll
        Richard A. Speirs
        Genevieve Fontan
*Attorneys for the Plaintiff and the
Proposed Class re New York action –
David Leapard, IMF Finance SA,
Myong Hyon Yoo*

COHEN MILSTEIN SELLERS &
TOLL PLC
1100 New York, Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
*Attorneys for the Plaintiff and the
Proposed Class re New York action*

DAVIES HOWE PARTNERS LLP
5th Floor, 99 Spadina Avenue
Toronto, Ontario M5V 3P8
Canada
*Lawyers for Certain Underwriters at
Lloyds of London, being Sagicor
Syndicate 1206 at Lloyds and Barbican
Financial & Professional Lines
Consortium Syndicate 9562 at Lloyds*

DAVIES WARD PHILLIPS &
VINEBERG LLP
155 Wellington Street West
Toronto, ON M5V 3J7
Canada
*Canadian Counsel for the Plaintiff and
the Proposed Class re New York action*

DAVIS LLP
1 First Canadian Place, Suite 6000
PO Box 367
100 King Street West
Toronto, ON M5X 1E2
Canada
Attn:   Susan E. Friedman
        Bruce Darlington
        Brandon Barnes
*Lawyers for Kai Kit Poon*

DEPARTMENT OF JUSTICE
130 King Street West
Toronto, ON  M5X 1K6
Canada
*Lawyers for Canada Revenue Agency*

EMMET, MARVIN & MARTIN, LLP
120 Broadway, 32nd Floor
New York, NY 10271
*U.S. Lawyers for the Convertible Note
Indenture Trustee (The Bank of New
York Mellon)*

FASKEN MARTINEAU LLP
333 Bay Street, Suite 2400,
Bay-Adelaide Centre, Box 20
Toronto, Ontario M5H 2T6
Canada
*Canadian Lawyers for the Convertible
Note Indenture Trustee (The Bank of
New York Mellon)*

FRASER MILNER CASGRAIN LLP
77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto Ontario M5K 0A1
Canada
*Lawyers for Contrarian Capital
Management, LLC*

2

GOODMANS LLP
333 Bay Street, Suite 3400
Toronto, Ontario M5H 2S7
Canada
Attn:   Benjamin Zarnett
        Robert Chadwick
        Brendan O'Neill
        Caroline Descours
*Lawyers for Ad Hoc Committee of
Bondholders*

GOWLING LAFLEUR HENDERSON LLP
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, Ontario M5X 1G5
Canada
Attn:   Derrick Tay
        Jennifer Stam

HSBC INSTITUTIONAL TRUST SERVICES (ASIA) LIMITED IN ITS CAPACITY AS CUSTODIAN OF HSBC GLOBAL ASSET MANAGEMENT HOLDINGS (BAHAMAS) LIMITED
17/F, Tower 2 & 3, HSBC Centre
1 Sham Mong RD Kowloon
Hong Kong, China

ISRAEL DISCOUNT BANK LLTD.
Foreign Securities Dept.
38 Yehuda Haley St.
Tel Aviv, Israel
*For claims of Yusuf Barbut, Yuda Leon Mizrahi, Kalo Pasarel*

J. KING AND SONS COMPANY INCORPORATED
168 Magallanes Street
Cebu City, Cebu 6000
Philippines

JAPAN TRUSTEE SERVICES BANK LTD.
Investment Trust Department
8-11, Harumi J-chome, Chuo-ku
Tokyo, 104-6107
Japan

KENNEDYS
11th Floor, The HK Club Building
3A Chater Road
Central, Hong Kong

KIM ORR BARRISTERS P.C.
19 Mercer St., 4th Floor
Toronto, ON M5V 1H2
Canada
Attn:   Won J. Kim
        James C. Orr
        Michael C. Spencer
        Megan B. McPhee
        Yonatan Rozenszajn
        Tanya Jemec
*Lawyers for Invesco Canada Ltd.,
Northwest & Ethical Investments L.P.,
Comité Syndical National De Retraite
Batirente Inc., Matrix Asset
Management Inc., Gestion Férique and
Montrusco Bolton Investments Inc.*

KOSKIE MINSKY LLP
20 Queen Street West, Suite 900
Toronto, Ontario M5H 3R3
Canada
Attn:   Kirk M. Baert
        Jonathan Ptak
        Jonathan Bida
        Garth Myers
*Lawyers for an Ad Hoc Committee of
Purchasers of the Applicant's Securities,
including the Representative Plaintiffs in
the Ontario Class Action against the
Applicant*

3

LAPOINTE ROSENSTEIN
MARCHAND MELANÇON,
S.E.N.C.R.L.
1250, boul. René-Lévesque Ouest,
Bureau 1400
Montréal, QC H3B 5E9
Canada
*Québec counsel for Pöyry (Beijing)
Consulting Company Ltd.*

LAVIE LAW FIRMS AND NOTARY
Rubinstein House 15th Floor
20 Lincoln Street
Tel Aviv, Israel 67134
*Counsel to Menora Mivtachim
Insurance, Ltd., Menora Mivtachim
Gemel, Ltd., Menora Mivtachim
Pension, Ltd.; on behalf of certain
accounts*

LAW DEBENTURE TRUST
COMPANY OF NEW YORK
400 Madison Avenue – 4th Floor
New York, New York 10017
*Senior Note Indenture Trustee*

LENCZNER SLAGHT ROYCE SMITH
GRIFFIN LLP
Suite 2600, 130 Adelaide Street West
Toronto, Ontario M5H 3P5
Canada
*Lawyers for Ernst & Young LLP*

LEVEL 3- GLOBAL CROSSING
TELECOMMUNICATIONS CANADA
LTD.
1140 de Maisonneuve West
8th Floor Billing Dept
Montreal, QC H3A 1M8
Canada

MCCARTHY TETRAULT LLP
Suite 2500, 1000 De La Gauchetiere St.
West
Montreal, Québec, H3B 0A2
Canada
*Lawyers for Ernst & Young LLP*

MCMILLAN LLP
Brookfield Place, 181 Bay Street
Suite 4400
Toronto, ON M5J 2T3
Canada
*Lawyer for Alfred Hung; Albert Ip;
George Ho; Simon Yeung*

MERCHANT LAW GROUP LLP
Saskatchewan Drive Plaza
100-2401 Saskatchewan Drive
Regina, Saskatchewan S4P 4H8
Canada
*Lawyers for the Plaintiffs re
Saskatchewan Action, including Alan
Haigh*

MILLER THOMSON LLP
Scotia Plaza, 40 King Street West
Suite 5800
Toronto, ON M5H 3S1
Canada
Attn:  Jay M. Hoffman
       Joseph Marin
       Emily Cole
*Lawyers for Allen Chan*

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
*Attorneys for Ernst & Young LLP*

NEW WORLD FUND, INC.
333 South Hope Street, 55th Floor
Los Angeles, CA 90071
USA

4

ONTARIO SECURITIES
COMMISSION
Suite 1900, 20 Queen Street West
Toronto, Ontario M5H 3S8
Canada

OSLER, HOSKIN & HARCOURT LLP
1 First Canadian Place
100 King Street West
Suite 6100, P.O. Box 50
Toronto, Ontario M5X 1B8
Canada
Attn:   Edward Sellers
        Larry Lowenstein
        Geoffrey Grove
*Lawyers for certain members of the former Board of Directors of Sino-Forest Corporation (Edmund Mak, James F. O'Donnell, Kai Kit Poon, Kee Y. Wong, R. John Lawrence, William P. Rosenfeld, Michael Cheng, Simon Murray, James M.E. Hyde, Judson Martin, Peter Donghong Wang, William E. Ardell, James Bowland, Garry West)*

PALIARE ROLAND ROSENBERG
ROTHSTEIN LLP
155 Wellington Street, 35th Floor
Toronto, Ontario M5V 3H1
Canada
Attn:   Ken Rosenberg
        Massimo (Max) Starnino
*Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including the Representative Plaintiffs in the Ontario Class Action against the Applicant*

PATTON BOGGS LLP
1185 Avenue of the Americas
30th Floor
New York, New York  10036-2603
USA

PT. POYRY INDONESIA
Plaza Bapindo, Citibank Tower
10th Floor, J1. Jend. Sudirman Kav. 54-55
Jakarta, Indonesia  12190

POYRY (BEIJING) CONSULTING
CO. LTD. SHANGHAI BRANCH
2208 Cloud. Nine Plaza
No. 1118 West Yarian Rd.
Shanghai,  200052
China

RICKETTS, HARRIS LLP
Suite 816, 181 University Ave
Toronto ON M5H 2X7
Canada
*Lawyers for Travelers Insurance Company of Canada*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
*Lawyers to Credit Suisse Securities (USA) LLC; Lawyers to Merrill Lynch, Pierce, Fenner & Smith Inc.*

SIDLEY AUSTIN
Level 39, Two Int'l Finance Centre
8 Finance Steet
Central, Hong Kong
*Attorneys for Allen Chan*

5

SISKINDS LLP
680 Waterloo Street
P.O. Box 2520
London, ON N6A 3V8
Canada
Attn:   A. Dimitri Lascaris
        Charles M. Wright
*Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including the Representative Plaintiffs in the Ontario Class Action against the Applicant*

SISKINDS DESMEULES
43 Rue Buade, Bureau 320
Quebec City, Quebec G1R 4A2
Attn:   Simon Herbert

SMALLCAP WORLD FUND, INC.
333 South Hope Street, 55th Floor
Los Angeles, CA  90071
USA

STATE GENERAL RESERVE FUND
Mitsubishi UFJ Trust and Banking Corp.
Way No. 9105, Walijat Street,
PO Box 188
Muscat, Sultanate of Oman

THE BANK OF NEW YORK MELLON
12/F Three Pacific Place
1 Queen's Road East, Hong Kong
*Convertible Note Indenture Trustee*

THE BANK OF NEW YORK MELLON
320 Bay Street, 11th Floor
Toronto, Ontario M5H 4A6
Canada
*Convertible Note Indenture Trustee*

THE BANK OF NEW YORK MELLON
Global Corporate Trust
101 Barclay Street – 4th Floor East
New York, New York 10286
*Convertible Note Indenture Trustee*

THE GROWTH FUND OF AMERICA, INC.
333 South Hope Street, 55th Floor
Los Angeles, CA  90071
USA

THE MASTER TRUST BANK OF JAPAN, LTD.
2-11-3 Hamamatsucho
Minato-ku
Tokyo,  105-8579
Japan
*On behalf of Certain Funds*

THE PROFESSIONAL CENTRE
120 Adelaide Street West
Suite 2500
Toronto, ON  M5H 1T1
Canada

THESEE FUND SPC, LIMITED
PO Box 852 - UBS
227 Elgin Avenue
Grand Cayman, Cayman  KY1- 1103

THOMPSON HINE LLP
335 Madison Avenue – 12th Floor
New York, New York 10017-4611
*Lawyers for Law Debenture Trust Company of New York, Senior Note Indenture Trustee*

THOMPSON HINE LLP
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114
*Lawyers for Law Debenture Trust Company of New York, Senior Note Indenture Trustee*

THORNTON GROUT FINNIGAN LLP
Suite 3200, 100 Wellington Street West
P. O. Box 329, Toronto-Dominion Centre
Toronto, Ontario M5K 1K7
Canada
*Lawyers for the Ontario Securities Commission*

TORYS LLP
79 Wellington Street West
Suite 3000, Box 270
Toronto-Dominion Centre
Toronto, Ontario M5K 1N2
Canada
Attn:   John Fabello
           David Bish
           Andrew Gray
           Adam Slavens

TSX INC.
130 King Street West
Toronto, ON  M5X 1J2
Canada
*Lawyers for the Underwriters named in Class Actions*

LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, NJ 07068
Attn:   Michael S. Etkin
           Tania Ingman

VALIANT TRUST COMPANY
310, 606 4th Street SW
Calgary, AB  T2P 1T1
Canada

WARDLE DALEY BERNSTEIN LLP
2104 - 401 Bay Street, P.O. Box 21
Toronto, ON M5H 2Y4
Canada
Attn:   Peter Wardle
           Simon Bieber
           Erin Ple
*Lawyers for David Horsley*

WHITEROCKSUSSEX CENTRE
50 Burnhamthorpe Road West
Suite 319
Mississauga, ON  L5B 3C2
Canada

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Jeremy C. Hollembeak
           Thomas J. Matz

7

**Exhibit B**

**[Redacted]**

1

## Exhibit C

THE HONORABLE MARTIN GLENN
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green,
New York, NY 10004

OFFICE OF THE UNITED STATES TRUSTEE
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201