**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Ken Coleman
Jonathan Cho

*Counsel to Ernst & Young LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 15
SINO-FOREST CORPORATION,                            :
                                                    :    Case No. 13-10361 (MG)
                                                    :
        Debtor in a Foreign Proceeding.             :
----------------------------------------------------------x

**NOTICE OF FILING OF ORDER OF QUEBEC COURT PERMANENTLY**
**STAYING CLASS ACTION AGAINST ERNST & YOUNG LLP**

    **PLEASE TAKE NOTICE** that Ernst & Young LLP ("**E&Y**") hereby files, in the above captioned case, a copy of the *Order on the Petitioner's Motion De Bene Esse to Stay the Motion to Authorize the Bringing of a Class Action and to Obtain the Status of Representative as Against Ernst & Young* (the "**Order**") of the Quebec Superior Court (the "**Quebec Court**"), dated October 29, 2013. The Order declares that, upon the "Ernst & Young Settlement Date," as defined in the Settlement Order of the Ontario Superior Court of Justice (the "**Ontario Court**") dated March 23, 2013, the class action proceeding commenced in the Quebec Court against Sino-Forest Corporation ("**SFC**"), E&Y, and others shall be permanently stayed, estopped, and barred as against E&Y pursuant to the Plan of Compromise and Arrangement of SFC and the order of the Ontario Court sanctioning such Plan. A copy of the Order is attached hereto as **Exhibit A**.

Dated: New York, New York
       November 12, 2013

                                                ALLEN & OVERY LLP

                                                /s/ Ken Coleman
                                                Ken Coleman
                                                Jonathan Cho
                                                1221 Avenue of the Americas
                                                New York, New York 10020
                                                Telephone (212) 610-6300

Facsimile (212) 610-6399
ken.coleman@allenovery.com
jonathan.cho@allenovery.com

*Counsel to Ernst & Young LLP*

**EXHIBIT A**