Dennis F. Dunne
Thomas. J. Matz
Jeremy C. Hollembeak
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to FTI Consulting Canada Inc., as Foreign Representative
of the Canadian Proceeding of Sino-Forest Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 15
                                                :
SINO-FOREST CORPORATION,                        :
                                                :    Case No.  13-10361 (MG)
                                                :
       Debtor in a Foreign Proceeding.          :
                                                :
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 18, 2013 AT 11:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Martin Glenn, United States Bankruptcy Judge, **Room 501**, One Bowling Green, New York, NY 10004-1408

**1.    UNCONTESTED MATTER**

  **(a)**  Ernst & Young LLP's Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement filed by Ken Coleman **[ECF No. 18]**

  Response Deadline:   November 7, 2013, at 4:00 PM (ET)

  Responses Received:  None

  Related Documents:

  (i)  *Memorandum of Law in Support of Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* filed by Kenneth P. Coleman on behalf of Ernst & Young LLP **[ECF No. 19]**

(ii) *Notice of Hearing of Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* filed by Kenneth P. Coleman on behalf of Ernst & Young LLP **[ECF No. 20]**

(iii) *Declaration of Ken Coleman* filed by Kenneth P. Coleman **[ECF No. 21]**

(iv) *Joinder of Foreign Representative in (I) Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement and (II) Memorandum of Law In Support of Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* filed by Jeremy C. Hollembeak on behalf of FTI Consulting Canada Inc., as Foreign Representative of Canadian Proceeding of Sino-Forest Corporation **[ECF No. 22]**

(v) *U.S. Class Action Plaintiffs and Canadian Class Action Plaintiffs' Joinder to the Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* filed by Michael S. Etkin on behalf of Chapter 15 Counsel for Class Action Plaintiffs **[ECF No. 25]**

(vi) *Notice of Filing of Order of Quebec Court Permanently Staying Class Action Against Ernst & Young LLP* filed by Kenneth P. Coleman on behalf of Ernst & Young LLP **[ECF No. 26]**

(vii) *Declaration of Kurt J. Elgie Regarding Notice to the Class* filed by Jonathan Chi-Shoong Cho on behalf of Ernst & Young LLP **[ECF No. 27]**

(viii) *Supplemental Declaration of Kurt J. Elgie Regarding Notice to the Class* filed by Jonathan Chi-Shoong Cho on behalf of Ernst & Young LLP **[ECF No. 28]**

<u>Status:</u>    This matter is going forward.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
November 15, 2013

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**

By: /s/ *Jeremy C. Hollembeak*
Dennis F. Dunne
Thomas J. Matz
Jeremy C. Hollembeak
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

*Counsel to FTI Consulting Canada Inc., as Foreign Representative of the Canadian Proceeding of Sino-Forest Corporation*