Dennis F. Dunne
Thomas. J. Matz
Jeremy C. Hollembeak
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

*Counsel to FTI Consulting Canada Inc., as Foreign Representative*
*of the Canadian Proceeding of Sino-Forest Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
In re:                                          :
                                                :    Chapter 15
SINO-FOREST CORPORATION,                         :
                                                :    Case No.  13-10361 (MG)
                                                :
              Debtor in a Foreign Proceeding.   :
                                                :
-----------------------------------------------------------x
```

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 18, 2013 AT 2:00 P.M. (ET)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable
Martin Glenn, United States Bankruptcy Judge, **Room 501**,
One Bowling Green, New York, NY 10004-1408

**1.      UNCONTESTED MATTER**

   **(a)**      Ernst & Young LLP's Motion to Recognize and Enforce Order of Ontario Court
Approving Ernst & Young Settlement filed by Ken Coleman **[ECF No. 18]**

   Response Deadline:    November 7, 2013, at 4:00 PM (ET)

   Responses Received:  None

   Related Documents:

   (i)      *Memorandum of Law in Support of Motion to Recognize and*
*Enforce Order of Ontario Court Approving Ernst & Young*
*Settlement* filed by Kenneth P. Coleman on behalf of Ernst &
Young LLP **[ECF No. 19]**

(ii)    *Notice of Hearing of Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* filed by Kenneth P. Coleman on behalf of Ernst & Young LLP **[ECF No. 20]**

(iii)   *Declaration of Ken Coleman* filed by Kenneth P. Coleman **[ECF No. 21]**

(iv)    *Joinder of Foreign Representative in (I) Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement and (II) Memorandum of Law In Support of Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* filed by Jeremy C. Hollembeak on behalf of FTI Consulting Canada Inc., as Foreign Representative of Canadian Proceeding of Sino-Forest Corporation **[ECF No. 22]**

(v)     *U.S. Class Action Plaintiffs and Canadian Class Action Plaintiffs' Joinder to the Motion to Recognize and Enforce Order of Ontario Court Approving Ernst & Young Settlement* filed by Michael S. Etkin on behalf of Chapter 15 Counsel for Class Action Plaintiffs **[ECF No. 25]**

(vi)    *Notice of Filing of Order of Quebec Court Permanently Staying Class Action Against Ernst & Young LLP* filed by Kenneth P. Coleman on behalf of Ernst & Young LLP **[ECF No. 26]**

(vii)   *Declaration of Kurt J. Elgie Regarding Notice to the Class* filed by Jonathan Chi-Shoong Cho on behalf of Ernst & Young LLP **[ECF No. 27]**

(viii)  *Supplemental Declaration of Kurt J. Elgie Regarding Notice to the Class* filed by Jonathan Chi-Shoong Cho on behalf of Ernst & Young LLP **[ECF No. 28]**

Status:     This matter is going forward.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
       November 15, 2013

                                    **MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**

                                    By:  /s/ ***Jeremy C. Hollembeak***
                                    Dennis F. Dunne
                                    Thomas J. Matz
                                    Jeremy C. Hollembeak
                                    MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
                                    1 Chase Manhattan Plaza
                                    New York, NY 10005
                                    Telephone:  (212) 530-5000

                                    *Counsel to FTI Consulting Canada Inc., as Foreign*
                                    *Representative of the Canadian Proceeding of Sino-*
                                    *Forest Corporation*