UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SINO-FOREST CORPORATION,

Debtor in a Foreign Proceeding

Chapter 15

Case No. 13- 10361 (MG)

ORDER SHORTENING TIME FOR MOTION TO APPROVE MANNER OF SERVICE
OF NOTICE OF MOTION SEEKING RECOGNITION AND ENFORCEMENT OF THE
ORDER OF THE ONTARIO SUPERIOR COURT
APPROVING HORLSEY SETTLEMENT

Upon consideration of the motion (the "**Motion to Shorten**") of lead plaintiffs (the "**Canadian Class Action Plaintiffs**") in the class action proceedings pending in Canada (the "**Canadian Class Actions**") and lead plaintiffs (the "**U.S. Class Action Plaintiffs**" and together with the Canadian Class Action Plaintiffs, the "**Class Action Plaintiffs**") in the class action proceeding pending in the United States District Court for the Southern District of New York styled *David Leapard, et al. v. Allen T.Y. Chan, et al.,* Case No. 1:12-cv-01726 (AT) (the "**NY Class Action**" and together with the Canadian Class Actions, the "**Class Actions**") seeking entry of an order reducing the applicable notice period for *Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving the Horsley Settlement* (the "**Service Motion**") pursuant to rule 9006-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b) and 1334, the "*Amended Standing Order of Reference Re: Title 11*" of the United States District Court for the Southern District of New York (Preska, C.J.) dated January 31, 2012 and section 1501 of title 11 of the United States Code; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1410(2) and (3); and it appearing that notice of

27721/2
06/16/2014 30305942.2

-2-

the Motion to Shorten is sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is granted.

2. The hearing to consider the Service Motion will be held before this Court on **June ___, 2014 at ___:00 __.m. (ET).**

3. Any party seeking to object to the relief requested in the Service Motion must file and serve such objection on or before **June ___, 2014 at ___:00 __.m. (ET)**. In the event that no objections to the relief requested in the Service Motion are timely filed, the Court may cancel the hearing on the Service Motion and enter an order granting such motion without any further notice to any party in interest.

Dated: June ___, 2014
       New York, New York

_____
HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE