Hearing Date: June 20, 2014 at 10:00 a.m. (Eastern Time)
Objection Deadline: June 19, 2013 at 5:00 p.m. (Eastern Time)

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF HEARING ON JUNE 20, 2014 AT 10:00 A.M. (ET) ON
MOTION TO APPROVE MANNER OF SERVICE**

**PLEASE TAKE NOTICE** that a hearing on the *Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving the Horsley Settlement* [Docket No. 34] will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004, on **June 20, 2014 at 10:00 a.m. (Eastern Time)**:

Dated: June 16, 2014

    **LOWENSTEIN SANDLER LLP**
    By: /s/ Michael S. Etkin
    Michael S. Etkin
    Tatiana Ingman
    1251 Avenue of the Americas
    New York, New York 10022
    metkin@lowenstein.com
    tingman@lowenstein.com

    *United States Bankruptcy Counsel for the Class Action Plaintiffs*