Hearing Date: June 20, 2014 at 10:00 a.m. (Eastern Time)
Objection Deadline: June 19, 2013 at 5:00 p.m. (Eastern Time)

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

**AMENDED NOTICE OF HEARING ON JUNE 20, 2014 AT 10:00 A.M. (ET)**
**ON MOTION TO APPROVE MANNER OF SERVICE**

**PLEASE TAKE NOTICE** that, with the consent of the Court, a hearing on the *Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving the Horsley Settlement* [Docket No. 34] (the "**Service Motion**") will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004, on **June 20, 2014 at 10:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT** any objections or responses to the Service Motion must be made in accordance with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the Bankruptcy Court. In addition, such objection or response must be made in writing describing the basis therefore and filed with the United States Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the United States Bankruptcy Court's electronic case filing system, and by all other parties in interest, on a 3.5 inch disc, preferably in Portable

27721/2
06/16/2014 30336970.2

Document Format (PDF), Word Perfect or any other Windows-based word processing format, with a hard copy to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, and served upon (i) Finn Dixon & Herling LLP, 177 Broad Street Stamford, CT 06901, Attention: Henry P. Baer, Jr.; and (ii) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, N.Y. 10020, Attention: Michael S. Etkin and Tatiana Ingman no later than **Thursday, June 19, 2014 at 5:00 p.m. (ET)**.

Dated: June 16, 2014

**LOWENSTEIN SANDLER LLP**
By: /s/ Michael S. Etkin
Michael S. Etkin
Tatiana Ingman
1251 Avenue of the Americas
New York, New York 10022
metkin@lowenstein.com
tingman@lowenstein.com

*United States Bankruptcy Counsel for the Class Action Plaintiffs*