**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATION OF SERVICE**

I, *Diane C. Claussen,* pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, United States Bankruptcy Counsel for the Class Action Plaintiffs (the "**Class Action Plaintiffs**").

2. On June 16, 2014, I caused the following documents to be served upon all parties on the service list annexed hereto as *Exhibit A* in the manner set forth therein:

- *Motion to Approve Manner and Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Horsley Settlement* [Doc. No. 34] (the "**Service Motion**");

- *Motion for Order Shortening Time on the Service Motion* [Doc. No. 35]; and

- *Notice of Hearing on the Service Motion* [Doc. No. 36].

3. On June 16, 2014, courtesy copies of the foregoing documents were sent via hand delivery to the chambers of the Honorable Martin Glenn, U.S.B.J., United States Bankruptcy

27721/2
06/17/2014 30354318.1

-2-

Court, Southern District of New York, Chambers Rom 504, One Bowling Green, New York, NY 10004.

4. On June 16, 2014, the foregoing documents were filed on the docket of the United States Bankruptcy Court for the District of New Jersey and served upon all parties entitled to receive electronic notice.

5. On June 16, 2014, the Amended Notice of Hearing on the Service Motion was filed on the docket [Doc No. 37] and served upon all parties entitled to receive electronic notice.

6. On June 17, 2014, the Amended Notice of Hearing was served upon all parties on the service list annexed hereto as *Exhibit A* in the manner set forth therein.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:  June 17, 2014               */s/Diane C. Claussen*
                                    Diane C. Claussen

# EXHIBIT A

**Served by FedEx on June 16, 2014, together with Amended Notice of Hearing:**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014


**Served by First Class Mail:**

Jeremy C. Hollembeak, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Jonathan Chi-Shoong Cho, Esq.
Kenneth P. Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT  06901-2048

Simon Bieber, Esq.
Wardle Daley Bernstein Bieber LLP
2104-401 Bay Street
Toronto, ON M5H 2Y4

Peter C. Wardle, Esq.
Wardle Daley Bernstein Bieber LLP
2104-401 Bay Street
Toronto, ON M5H 2Y4