**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 20, 2014 AT 10:00 A.M.**

Date and Time of Hearing:   June 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:   United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
One Bowling Green, Room 501
New York, New York 10004-1408

Copies of Pleadings: A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov.

27721/2
06/18/2014 30372981.1

**I.   UNCONTESTED MATTER**

1. Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Horsley Settlement [Docket No. 34]

   **Response Deadline**:  June 19, 2014 at 5:00 p.m.

   **Responses Received:**

   a. None (Deadline has not passed)

   **Related Documents:**  Notice of Hearing [Docket No. 36], Amended Notice of Hearing [Docket No. 37], Certificate of Service [Docket No. 38]

   **STATUS:   This matter is going forward.**

Dated:  June 18, 2014

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
By: /s/ Michael S. Etkin
Michael S. Etkin
Tatiana Ingman
1251 Avenue of the Americas
New York, New York 10022
metkin@lowenstein.com
tingman@lowenstein.com

*United States Bankruptcy Counsel for the Class Action Plaintiffs*