**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding. | |

**CERTIFICATION OF SERVICE**

I, *Diane C. Claussen,* pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, United States Bankruptcy Counsel for the Class Action Plaintiffs (the "**Class Action Plaintiffs**").

2. On June 18, 2014, I caused the following document to be served upon all parties on the service list annexed hereto as *Exhibit A* in the manner set forth therein:

- *Notice of Agenda of Matters Scheduled for Hearing on June 20, 2014 at 10:00 a.m.* [Doc. No. 40] (the "**Notice of Agenda**").

3. On June 18, 2014, a courtesy copy of the Notice of Agenda was sent via hand delivery to the chambers of the Honorable Martin Glenn, U.S.B.J., United States Bankruptcy Court, Southern District of New York, Chambers Rom 504, One Bowling Green, New York, NY 10004.

-2-

4. On June 18, 2014, the Notice of Agenda was filed on the docket of the United States Bankruptcy Court for the District of New Jersey and served upon all parties entitled to receive electronic notice.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.  If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   June 18, 2014                                         */s/Diane C. Claussen*
                                                               Diane C. Claussen

# EXHIBIT A

**Served by FedEx:**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

**Served by First Class Mail:**

Jeremy C. Hollembeak, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005

Jonathan Chi-Shoong Cho, Esq.
Kenneth P. Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901-2048

Simon Bieber, Esq.
Wardle Daley Bernstein Bieber LLP
2104-401 Bay Street
Toronto, ON M5H 2Y4

Peter C. Wardle, Esq.
Wardle Daley Bernstein Bieber LLP
2104-401 Bay Street
Toronto, ON M5H 2Y4