**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATION OF SERVICE

I, *Diane C. Claussen,* pursuant to 28 U.S.C. § 1746, certify as follows:

1.  I am a paralegal employed by the law firm of Lowenstein Sandler LLP, United States Bankruptcy Counsel for the Class Action Plaintiffs (the "**Class Action Plaintiffs**").

2.  On June 28, 2014, I caused the following documents to be served upon all parties referenced on the service list annexed hereto as *Exhibit A* in the manner set forth therein:

- *Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement With David Horsley* [Doc. No. 43]

- *Notice of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley* [Doc. No. 43-1]; and

- *Declaration of Michael S. Etkin in Support of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley* [Doc. No. 43-2].

3.      On June 27, 2014, the foregoing documents were filed on the docket of the United States Bankruptcy Court for the District of New Jersey and served upon all parties entitled to receive electronic notice.

4.      On June 30, 2014, courtesy copies of the foregoing documents, together with a CD containing the proposed order, were sent to the chambers of the Honorable Martin Glenn, U.S.B.J., United States Bankruptcy Court, Southern District of New York, Chambers Rom 504, One Bowling Green, New York, NY 10004.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:  July 1, 2014                          */s/Diane C. Claussen*
                                                   Diane C. Claussen

# EXHIBIT A

**Served by First Class Mail:**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901-2048

Peter C. Wardle, Esq.
Wardle Daley Bernstein Bieber LLP
2104-401 Bay Street
Toronto, ON M5H 2Y4

Jonathan Chi-Shoong Cho, Esq.
Kenneth P. Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

The Honorable Martin Glenn, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
Chambers Room 504
One Bowling Green
New York, NY 10004

Simon Bieber, Esq.
Wardle Daley Bernstein Bieber LLP
2104-401 Bay Street
Toronto, ON M5H 2Y4

Jeremy C. Hollembeak, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005