**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF FILING OF MOTION RECORD OF THE CLASS ACTION PLAINTIFFS IN SUPPORT OF APPROVAL OF SETTLEMENT WITH DAVID HORSLEY IN ONTARIO SUPERIOR COURT OF JUSTICE**

       **PLEASE TAKE NOTICE** that on July 4, 2014, the *Motion Record of the Plaintiffs (Settlement Approval – Horsley Settlement)* attached hereto as **Exhibit A**. was filed with the Ontario Superior Court of Justice.

Dated:  July 15, 2014
      New York, New York

                                        **LOWENSTEIN SANDLER LLP**

                                        /s/ Michael S. Etkin
                                       Michael S. Etkin
                                         Tatiana Ingman
                                         1251 Avenue of the Americas
                                         New York, New York 10022
                                         metkin@lowenstein.com
                                         tingman@lowenstein.com

                                         *United States Bankruptcy Counsel for the*
                                         *Class Action Plaintiffs*

27721/2
07/15/2014 30718257.1

-2-

**EXHIBIT A**