Court File No.: CV-12-9667-00CL

# ONTARIO
## SUPERIOR COURT OF JUSTICE

### COMMERCIAL LIST

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED, AND IN THE MATTER OF A PLAN OF COMPRISE OR ARRANGEMENT OF SINO-FOREST CORPORATION

Court File No.: CV-11-431153-00CP

# ONTARIO
## SUPERIOR COURT OF JUSTICE

B E T W E E N :

**THE TRUSTEES OF THE LABOURERS' PENSION FUND OF CENTRAL AND EASTERN CANADA, THE TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 793 PENSION PLAN FOR OPERATING ENGINEERS IN ONTARIO, SJUNDE AP-FONDEN, DAVID GRANT and ROBERT WONG**

Plaintiffs

- and -

**SINO-FOREST CORPORATION, ERNST & YOUNG LLP, BDO LIMITED (formerly known as BDO MCCABE LO LIMITED), ALLEN T.Y. CHAN, W. JUDSON MARTIN, KAI KIT POON, DAVID J. HORSLEY, WILLIAM E. ARDELL, JAMES P. BOWLAND, JAMES M.E. HYDE, EDMUND MAK, SIMON MURRAY, PETER WANG, GARRY J. WEST, PÖYRY (BEIJING) CONSULTING COMPANY LIMITED, CREDIT SUISSE SECURITIES (CANADA), INC., TD SECURITIES INC., DUNDEE SECURITIES CORPORATION, RBC DOMINION SECURITIES INC., SCOTIA CAPITAL INC., CIBC WORLD MARKETS INC., MERRILL LYNCH CANADA INC., CANACCORD FINANCIAL LTD., MAISON PLACEMENTS CANADA INC., CREDIT SUISSE SECURITIES (USA) LLC and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED (successor by merger to Banc of America Securities LLC)**

Defendants

Proceeding under the *Class Proceedings Act, 1992*

**MOTION RECORD OF THE PLAINTIFFS**
(Settlement Approval – Horsley Settlement*)*

July 4, 2014

**KOSKIE MINSKY LLP**
900-20 Queen Street West, Box 52
Toronto, ON M5H 3R3

**Kirk M. Baert (LSUC#: 30942O)**
Tel: 416.595.2117
Fax: 416.204.2889
**Jonathan Ptak (LSUC#: 45773F)**
Tel:   416.595.2149
Fax:  416.204.2903

**SISKINDS LLP**
680 Waterloo Street, P.O. Box 2520
London, ON  N6A 3V8

**Charles M. Wright (LSUC # : 36599Q)**
Tel : 519.660.7753
Fax : 519.660.7754

**A. Dimitri Lascaris (LSUC#: 50074A)**
Tel: 519.660.7844
Fax: 519.660.7845

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
155 Wellington Street, 35th Floor
Toronto, ON  M5V 3H1

**Ken Rosenberg (LSUC #21102H)**
**Massimo Starnino (LSUC #41048G)**
Tel: 416-646-4300
Fax: 416-646-4301

Lawyers for the Ad Hoc Committee of Purchasers of the Applicant's Securities, including the Class Action Plaintiffs

**TO:    ATTACHED SERVICE LIST**

Court File No. CV-12-9667-00-CL

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*,
R.S.C. 1985, c. c-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT
OF SINO-FOREST CORPORATION

**SERVICE LIST**
**(as at January 30, 2013)**

| | | | |
|---|---|---|---|
| TO: | **BENNETT JONES LLP**<br>3400 One First Canadian Place,<br>P.O. Box 130<br>Toronto, Ontario  M5X 1A4 | AND<br>TO: | **GOWLING LAFLEUR HENDERSON LLP**<br>1 First Canadian Place<br>100 King Street West, Suite 1600<br>Toronto, Ontario M5X 1G5 |

Robert W. Staley
Tel:  416.777.4857
Fax: 416.863.1716
Email:  staleyr@bennettjones.com

Kevin Zych
Tel:  416.777.5738
Email:  zychk@bennettjones.com

Derek J. Bell
Tel:  416.777.4638
Email:  belld@bennettjones.com

Raj S. Sahni
Tel:  416.777.4804
Email:  sahnir@bennettjones.com

Jonathan Bell
Tel:  416.777.6511
Email:  bellj@bennettjones.com

Sean Zweig
Tel:  416.777.6254
Email:  zweigs@bennettjones.com

Lawyers for the Applicant, Sino-Forest Corporation

Derrick Tay
Tel:  416.369.7330
Fax: 416.862.7661
Email:  derrick.tay@gowlings.com

Clifton Prophet
Tel: 416.862.3509
Email: clifton.prophet@gowlings.com

Jennifer Stam
Tel:  416.862.5697
Email:  jennifer.stam@gowlings.com

Ava Kim
Tel:  416.862.3560
Email:  ava.kim@gowlings.com

Jason McMurtrie
Tel:  416.862.5627
Email:  jason.mcmurtrie@gowlings.com

Lawyers for the Monitor

T991329\TOR_LAW\ 7884118\29

| | | | |
|---|---|---|---|
| AND TO: | **FTI CONSULTING CANADA INC.**<br>T-D Waterhouse Tower<br>79 Wellington Street West<br>Toronto-Dominion Centre, Suite 2010,<br>P.O. Box 104<br>Toronto, Ontario  M5K 1G8<br><br>Greg Watson<br>Tel: 416.649.8100<br>Fax: 416.649.8101<br>Email: greg.watson@fticonsulting.com<br><br>Jodi Porepa<br>Tel: 416.649.8070<br>Email: Jodi.porepa@fticonsulting.com<br><br>Monitor | AND TO: | **AFFLECK GREENE MCMURTY LLP**<br>365 Bay Street, Suite 200<br>Toronto, Ontario  M5H 2V1<br><br>Peter Greene<br>Tel: 416.360.2800<br>Fax: 416.360.8767<br>Email: pgreene@agmlawyers.com<br><br>Kenneth Dekker<br>Tel: 416.360.6902<br>Fax: 416.360.5960<br>Email: kdekker@agmlawyers.com<br><br>Michelle E. Booth<br>Tel: 416.360.1175<br>Fax: 416.360.5960<br>Email: mbooth@agmlawyers.com<br><br>Lawyers for BDO |
| AND TO: | **BAKER MCKENZIE LLP**<br>Brookfield Place<br>2100-181 Bay Street<br>Toronto, Ontario  M5J 2T3<br><br>John Pirie<br>Tel: 416.865.2325<br>Fax: 416.863.6275<br>Email: john.pirie@bakermckenzie.com<br><br>David Gadsden<br>Tel: 416.865.6983<br>Email: david.gadsden@bakermckenzie.com<br><br>Lawyers for Poyry (Beijing) Consulting Company Limited | AND TO: | **TORYS LLP**<br>79 Wellington Street West<br>Suite 3000, Box 270<br>Toronto-Dominion Centre<br>Toronto, Ontario  M5K 1N2<br><br>John Fabello<br>Tel: 416.865.8228<br>Fax: 416.865.7380<br>Email: jfabello@torys.com<br><br>David Bish<br>Tel: 416.865.7353<br>Email: dbish@torys.com<br><br>Andrew Gray<br>Tel: 416.865.7630<br>Email: agray@torys.com<br><br>Lawyers for the Underwriters named in Class Actions |

| | | | |
|---|---|---|---|
| AND TO: | **LENCZNER SLAGHT ROYCE SMITH GRIFFIN LLP**<br>Suite 2600, 130 Adelaide Street West<br>Toronto, Ontario  M5H 3P5<br><br>Peter H. Griffin<br>Tel:  416.865.9500<br>Fax:  416.865.3558<br>Email:  pgriffin@litigate.com<br><br>Peter J. Osborne<br>Tel:  416.865.3094<br>Fax:  416.865.3974<br>Email:  posborne@litigate.com<br><br>Linda L. Fuerst<br>Tel:  416.865.3091<br>Fax:  416.865.2869<br>Email:  lfuerst@litigate.com<br><br>Shara Roy<br>Tel:  416.865.2942<br>Fax:  416.865.3973<br>Email:  sroy@litigate.com<br><br>Lawyers for Ernst & Young LLP | AND TO: | **GOODMANS LLP**<br>333 Bay Street, Suite 3400<br>Toronto, Ontario M5H 2S7<br><br>Benjamin Zarnett<br>Tel:  416.597.4204<br>Fax:  416.979.1234<br>Email: bzarnett@goodmans.ca<br><br>Robert Chadwick<br>Tel:  416.597.4285<br>Email:  rchadwick@goodmans.ca<br><br>Brendan O'Neill<br>Tel:  416.979.2211<br>Email:  boneill@goodmans.ca<br><br>Caroline Descours<br>Tel:  416.597.6275<br>Email:  cdescours@goodmans.ca<br><br>Lawyers for Ad Hoc Committee of Bondholders |
| AND TO: | **MERCHANT LAW GROUP LLP**<br>Saskatchewan Drive Plaza<br>100-2401 Saskatchewan Drive<br>Regina, Saskatchewan  S4P 4H8<br><br>E.F. Anthony Merchant, Q.C.<br>Tel:  306.359.7777<br>Fax:  306.522.3299<br>tmerchant@merchantlaw.com<br><br>Lawyers for the Plaintiffs re Saskatchewan action | AND TO: | **ONTARIO SECURITIES COMMISSION**<br>Suite 1900, 20 Queen Street West<br>Toronto, Ontario  M5H 3S8<br><br>Hugh Craig<br>Senior Litigation Counsel<br>Tel:  416.593.8259<br>Email:  hcraig@osc.gov.on.ca |

| | | | |
|---|---|---|---|
| AND TO: | **OSLER, HOSKIN & HARCOURT LLP**<br>1 First Canadian Place<br>100 King Street West<br>Suite 6100, P.O. Box 50<br>Toronto, Ontario  M5X 1B8<br><br>Larry Lowenstein<br>Tel:  416.862.6454<br>Fax:  416.862.6666<br>Email:  llowenstein@osler.com<br><br>Edward Sellers<br>Tel:  416.862.5959<br>Email:  esellers@osler.com<br><br>Geoffrey Grove<br>Tel:  (416) 862-4264<br>Email:  ggrove@osler.com<br><br>Lawyers for the Board of Directors of Sino-Forest Corporation | AND TO: | **COHEN MILSTEIN SELLERS & TOLL PLC**<br>1100 New York, Ave., N.W.<br>West Tower, Suite 500<br>Washington, D.C.  20005<br><br>Steven J. Toll<br>Tel:  202.408.4600<br>Fax:  202.408.4699<br>Email:  stoll@cohenmilstein.com<br><br>Attorneys for the Plaintiff and the Proposed Class re New York action |
| AND TO: | **SISKINDS LLP**<br>680 Waterloo Street<br>P.O. Box 2520<br>London, Ontario  N6A 3V8<br><br>A. Dimitri Lascaris<br>Tel:  519.660.7844<br>Fax:  519.672.6065<br>Email:  dimitri.lascaris@siskinds.com<br><br>Charles M. Wright<br>Tel:  519.660.7753<br>Email:  Charles.wright@siskinds.com<br><br>Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including the Representative Plaintiffs in the Ontario Class Action against the Applicant | AND TO: | **KOSKIE MINSKY LLP**<br>20 Queen Street West, Suite 900<br>Toronto, Ontario  M5H 3R3<br><br>Kirk M. Baert<br>Tel:  416.595.2117<br>Fax:  416.204.2899<br>Email:  kbaert@kmlaw.ca<br><br>Jonathan Ptak<br>Tel:  416.595.2149<br>Fax:  416.204.2903<br>Email:  jptak@kmlaw.ca<br><br>Jonathan Bida<br>Tel:  416.595.2072<br>Fax:  416.204.2907<br>Email:  jbida@kmlaw.ca<br><br>Garth Myers<br>Tel:  416.595.2102<br>Fax:  416.977.3316<br>Email:  gmyers@kmlaw.ca<br><br>Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including the Representative Plaintiffs in the Ontario Class Action against the Applicant |

AND TO: **COHEN MILSTEIN SELLERS & TOLL PLC**
88 Pine Street, 14th Floor
New York, NY 10005

Richard S. Speirs
Tel: 212.838.7797
Fax: 212.838.7745
Email: rspeirs@cohenmilstein.com

Attorneys for the Plaintiff and the Proposed Class re New York action

AND TO: **LAW DEBENTURE TRUST COMPANY OF NEW YORK**
400 Madison Avenue – 4th Floor
New York, New York 10017

James D. Heaney
Tel: 646-747-1252
Fax: 212-750-1361
Email: james.heaney@lawdeb.com

Senior Note Indenture Trustee

AND TO: **THOMPSON HINE LLP**
335 Madison Avenue – 12th Floor
New York, New York 10017-4611

Yesenia D. Batista
Tel: 212.908.3912
Fax: 212.344.6101
Email: yesenia.batista@thompsonhine.com

Irving Apar
Tel: 212.908.3964
Email: irving.apar@thompsonhine.com

Curtis L. Tuggle
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114
Tel: 216.566.5904
Fax: 216.566.5800
Email: Curtis.tuggle@thompsonhine.com

Lawyers for Senior Note Indenture Trustee

AND TO: **THE BANK OF NEW YORK MELLON**
Global Corporate Trust
101 Barclay Street – 4th Floor East
New York, New York 10286

David M. Kerr, Vice President
Tel: 212.815.5650
Fax: 732.667.9322
Email: david.m.kerr@bnymellon.com

Convertible Note Indenture Trustee

AND TO: **THE BANK OF NEW YORK MELLON**
320 Bay Street, 11th Floor
Toronto, Ontario M5H 4A6

George Bragg
Tel: 416.933.8505
Fax: 416.360.1711 / 416.360.1737
Email: George.bragg@bnymellon.com

Convertible Note Indenture Trustee

AND TO: **THE BANK OF NEW YORK MELLON**
12/F Three Pacific Place
1 Queen's Road East, Hong Kong

Marelize Coetzee, Vice President
Relationship Manager, Default Administration Group – APAC
Tel: 852.2840.6626
Mobile: 852.9538.5010
Email: marelize.coetzee@bnymellon.com

Tin Wan Chung
Tel: 852.2840.6617
Fax: 852.2295-3283
Email: tin.chung@bnymellon.com

T991329\TOR_LAW\ 7884118\29

        Grace Lau
        Email:  grace.lau@bnymellon.com

        Convertible Note Indenture Trustee

AND TO: **WARDLE DALEY BERNSTEIN LLP**
2104 - 401 Bay Street, P.O. Box 21
Toronto Ontario M5H 2Y4

Peter Wardle
Tel: 416.351.2771
Fax: 416.351.9196
Email: pwardle@wdblaw.ca

Simon Bieber
Tel: 416.351.2781
Email: sbieber@wdblaw.ca

Erin Pleet
Tel: 416.351.2774
Email: epleet@wdblaw.ca

Lawyers for David Horsley

AND TO: **LINKLATERS LLP**
10th Floor, Alexandra House
18 Chater Road
Hong Kong  China

Melvin Sng
Tel:  852 2901 5234
Fax:  852 2810 8133
Email:  Melvin.Sng@linklaters.com

Lawyers for Sino-Forest Corporation (Hong Kong)

T991329\TOR_LAW\ 7884118\29

| | | | |
|---|---|---|---|
| AND TO: | **LINKLATERS LLP**<br>10th Floor, Alexandra House<br>18 Chater Road<br>Hong Kong China | AND TO: | **APPLEBY GLOBAL**<br>Jayla Place, Wickham's Cay1<br>P.O. Box 3190, Road Town<br>Tortola VG1110 BVI |

Hyung Ahn
Tel: 852 2842 4199
Fax: 852 2810 8133
Email: hyung.ahn@linklaters.com

Samantha Kim
Tel: 852.2842 4197
Email: Samantha.Kim@Linklaters.com

Jon Gray
Tel: 852.2842.4188
Email: Jon.Gray@linklaters.com

Lawyers for Sino-Forest Corporation (U.S.)

Eliot Simpson
Tel: 284.852.5321
Fax: 284.494.7279
Email: esimpson@applebyglobal.com

Andrew Willins
Tel: 284 852 5323
Email: awillins@applebyglobal.com

Andrew Jowett
Tel: 284 852 5316
Email: ajowett@applebyglobal.com

Lawyers for Sino-Forest Corporation (BVI)

| | | | |
|---|---|---|---|
| AND TO: | **KING AND WOOD MALLESONS**<br>9th Floor, Hutchison House<br>Central, Hong Kong Island<br>Hong Kong (SAR) | AND TO: | **THORNTON GROUT FINNIGAN LLP**<br>Suite 3200, 100 Wellington Street West<br>P. O. Box 329, Toronto-Dominion Centre<br>Toronto, Ontario M5K 1K7 |

Edward Xu
Tel: 852.2848.4848
Fax: 852.2845.2995
Email: Edward.Xu@hk.kwm.com

Helena Huang
Tel: 852.2848.4848
Email: Helena.huang@kingandwood.com

Tata Sun
Tel: 852.2848.4848
Email: tata.sun@kingandwood.com

Lawyers for Sino-Forest Corporation (PRC)

James H. Grout
Tel: 416.304.0557
Fax: 416.304.1313
Email: jgrout@tgf.ca

Kyle Plunkett
Tel: 416-304-7981
Fax: 416.304.1313
Email: kplunkett@tgf.ca

Lawyers for the Ontario Securities Commission

| | | | |
|---|---|---|---|
| AND TO: | **McCARTHY TETRAULT LLP**<br>Suite 2500, 1000 De La Gauchetiere St. West<br>Montreal, Québec, H3B 0A2<br><br>Alain N. Tardif<br>Tel: 514.397.4274<br>Fax : 514.875.6246<br>Email: atardif@mccarthy.ca<br><br>Mason Poplaw<br>Tel: 514.397.4155<br>Email: mpoplaw@mccarthy.ca<br><br>Céline Legendre<br>Tel: 514.397.7848<br>Email: clegendre@mccarthy.ca<br><br>Lawyers for Ernst & Young LLP | AND TO: | **PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**<br>155 Wellington Street, 35th Floor<br>Toronto, Ontario  M5V 3H1<br><br>Ken Rosenberg<br>Tel:  416.646.4304<br>Fax: 416.646.4301<br>Email: ken.rosenberg@paliareroland.com<br><br>Massimo (Max) Starnino<br>Tel:  416.646.7431<br>Email: max.starnino@paliareroland.com<br><br>Lawyers for an Ad Hoc Committee of Purchasers of the Applicant's Securities, including the Representative Plaintiffs in the Ontario Class Action against the Applicant |
| AND TO: | **CHAITONS LLP**<br>5000 Yonge Street, 10th Floor<br>Toronto, Ontario  M2N 7E9<br><br>Harvey G. Chaiton<br>Tel: 416.218.1129<br>Fax: 416.218.1849<br>Email:  Harvey@chaitons.com<br><br>Lawyers for the Law Debenture Trust Company of New York | AND TO: | **ERNST & YOUNG LLP**<br>222 Bay Street, P.O. Box 251<br>Toronto, Ontario  M5K 1J7<br><br>Mike P. Dean<br>Tel: 416-943-2134<br>Fax: 416-943-3300<br>Email: Mike.P.Dean@ca.ey.com |
| AND TO: | **MILLER THOMSON LLP**<br>Scotia Plaza, 40 King Street West<br>Suite 5800<br>Toronto, Ontario M5H 3S1<br><br>Emily Cole<br>Tel: 416.595.8640<br>Email: ecole@millerthomson.com<br><br>Joseph Marin<br>Tel: 416.595.8579<br>Email: jmarin@millerthomson.com<br><br>Lawyers for Allen Chan | AND TO: | **FASKEN MARTINEAU LLP**<br>333 Bay Street, Suite 2400,<br>Bay-Adelaide Centre, Box 20<br>Toronto, Ontario  M5H 2T6<br><br>Stuart Brotman<br>Tel:  416.865.5419<br>Fax:  416.364.7813<br>Email:  sbrotman@fasken.com<br><br>Conor O'Neill<br>Tel:  416 865 4517<br>Email: coneill@fasken.com<br><br>Canadian Lawyers for the Convertible Note Indenture Trustee (The Bank of New York Mellon) |

AND **EMMET, MARVIN & MARTIN, LLP**
TO: 120 Broadway, 32nd Floor
New York, NY  10271

Margery A. Colloff
Tel: 212.238.3068 or 212.653.1746
Fax: 212.238.3100
Email: mcolloff@emmetmarvin.com

U.S. Lawyers for the Convertible Note Indenture Trustee (The Bank of New York Mellon)

AND **LAPOINTE ROSENSTEIN MARCHAND MELANÇON, S.E.N.C.R.L.**
TO: 1250, boul. René-Lévesque Ouest, bureau 1400
Montréal (Québec) Canada  H3B 5E9

Bernard Gravel
Tel: 514.925.6382
Fax: 514.925.5082
Email: bernard.gravel@lrmm.com

Bruno Floriani
Tel: 514.925.6310
Email: bruno.floriani@lrmm.com

Québec counsel for Pöyry (Beijing) Consulting Company Ltd.

AND **FRASER MILNER CASGRAIN LLP**
TO: 77 King Street West, Suite 400
Toronto-Dominion Centre
Toronto Ontario  M5K 0A1

Neil S. Rabinovitch
Tel: 416.863.4656
Fax: 416 863 4592
Email: neil.rabinovitch@fmc-law.com

Jane Dietrich
Tel: 416.863.4467
Email: jane.dietrich@fmc-law.com

Lawyers for Contrarian Capital Management, LLC

AND **CLYDE & COMPANY**
TO: 390 Bay Street, Suite 800
Toronto, Ontario  M5H 2Y2

Mary Margaret Fox
Tel: 416.366.4555
Fax: 416.366.6110
Email: marymargaret.fox@clydeco.ca

Paul Emerson
Tel: 416.366.4555
Email: paul.emerson@clydeco.ca

Lawyers for ACE INA Insurance and Chubb Insurance Company of Canada

AND **DAVIES WARD PHILLIPS & VINEBERG LLP**
TO: 155 Wellington Street West
Toronto, ON  M5V 3J7

Jay Swartz
Tel: 416.863.5520
Fax: 416.863.0871
Email: jswartz@dwpv.com

James Doris
Tel: 416.367.6919
Fax: 416.863.0871
Email: jdoris@dwpv.com

Canadian Counsel for the Plaintiff and the Proposed Class re New York action

AND **RICKETTS, HARRIS LLP**
TO: Suite 816, 181 University Ave
Toronto ON  M5H 2X7

Gary H. Luftspring
Tel: 647.288.3362
Fax: 647.260.2220
Email: GLuftspring@rickettsharris.com

Sam Sasso
Tel: 416.364.6211 (ext. 285)
Fax: 647.260.2220
Email: ssasso@rickettsharris.com

Lawyers for Travelers Insurance Company of Canada

T991329\TOR_LAW\ 7884118\29

| | | | |
|---|---|---|---|
| AND TO: | **DAVIS LLP**<br>1 First Canadian Place, Suite 6000<br>PO Box 367<br>100 King Street West<br>Toronto, Ontario  M5X 1E2<br><br>Susan E. Friedman<br>Tel: 416.365.3503<br>Fax: 416.777.7415<br>Email: sfriedman@davis.ca<br><br>Bruce Darlington<br>Tel: 416.365.3529<br>Fax: 416.369.5210<br>Email: bdarlington@davis.ca<br><br>Brandon Barnes<br>Tel: 416.365.3429<br>Fax: 416.369.5241<br>Email: bbarnes@davis.ca<br><br>Lawyers for Kai Kat Poon | AND TO: | **KIM ORR BARRISTERS P.C.**<br>19 Mercer St., 4th Floor<br>Toronto, ON M5V 1H2<br><br>Won J. Kim<br>Tel:  416.349.6570<br>Fax:  416.598.0601<br>Email: wjk@kimorr.ca<br><br>James C. Orr<br>Tel:  416.349.6571<br>Fax:  416.598.0601<br>Email: jo@kimorr.ca<br><br>Michael C. Spenser<br>Tel:  416.349.6599<br>Fax:  416.598.0601<br>Email: mcs@kimorr.ca<br><br>Megan B. McPhee<br>Tel:  416.349.6574<br>Fax:  416.598.0601<br>Email: mbm@kimorr.ca<br><br>Yonatan Rozenszajn<br>Tel:  416.349.6578<br>Fax: 416.598.0601<br>Email: YR@kimorr.ca<br><br>Tanya Jemec<br>Tel:  416.349.6573<br>Fax: 416.598.0601<br>Email: TTJ@kimorr.ca<br><br>Lawyers for Invesco Canada Ltd., Northwest & Ethical Investments L.P., Comité Syndical National De Retraite Batirente Inc., Matrix Asset Management Inc., Gestion Férique and Montrusco Bolton Investments Inc. |

| | |
|---|---|
| AND TO: | **DAVIES HOWE PARTNERS LLP**<br>5th Floor, 99 Spadina Avenue<br>Toronto, Ontario  M5V 3P8<br><br>David Cherepacha<br>Tel:  416.977.7088<br>Fax:  416.977.8931<br>Email: davidc@davieshowe.com<br><br>Lawyers for Certain Underwriters at Lloyds of London, being Sagicor Syndicate 1206 at Lloyds and Barbican Financial & Professional Lines Consortium Syndicate 9562 at Lloyds |

| **INDEX** | **TAB** | **PAGE** |
|---|---|---|
| Notice of Motion, dated July 4, 2014 | 1. | 1. |
| Schedule "A" – Proposed Order | A. | 8. |
| Affidavit of Charles M. Wright, sworn July 4, 2014 | 2. | 25. |
| Exhibit "A" – Horsley Settlement | A. | 58. |
| Exhibit "B" – Fresh as Amended Statement of Claim, filed April 18, 2012 | B. | 89. |
| Exhibit "C" – Proposed Second Fresh as Amended Statement of Claim | C. | 218. |
| Exhibit "D" – Correspondence from Jennifer Stam to the service list, dated January 21, 2013 | D. | 357. |
| Exhibit "E" – E-Mail Correspondence from Derrick Tay to Rob Staley, dated May 21, 2014 | E. | 361. |
| Exhibit "F" – O.S.C. Statement of Allegations | F. | 364. |
| Exhibit "G" – Litigation Trust Claim | G. | 403. |
| Exhibit "H" – Order of Justice Morawetz, dated July 30, 2012 | H. | 440. |
| Exhibit "I" – Letter from Mary Margaret Fox, dated July 3, 2014 | I. | 448. |