This is Exhibit "E" mentioned and referred to in the Affidavit of Charles M. Wright, sworn before me at the City of London, in the County of Middlesex, this 4th day of July, 2014.

_____
A Commissioner, etc.

## Sylvia Flower

| | |
|---|---|
| From: | Rob Staley <StaleyR@bennettjones.com> |
| Sent: | Wednesday, May 21, 2014 11:07 AM |
| To: | Charles M. Wright; A. Dimitri Lascaris; Serge Kalloghlian; Peter Wardle |
| Subject: | Fw: Horsley Settlement |

Fyi.

Robert W. Staley
Bennett Jones LLP
P. 416 777 4857 | C. 416 357 4857
staleyr@bennettjones.com

**From:** Tay, Derrick <Derrick.Tay@gowlings.com>
**Sent:** Wednesday, May 21, 2014 10:20 AM
**To:** Rob Staley
**Cc:** greg.watson@fticonsulting.com; Stam, Jennifer
**Subject:** Horsley Settlement

Rob,

I refer to your emailed letter of May 20, 2014 to Jenny Stam with respect to the agreement that has been reached with Mr. Horsley to settle litigation claims arising from his involvement with Sino-Forest Corporation.

This will confirm that the Monitor consents to the contemplated Horsley settlement being a Named Third Party Defendant Settlement.

Derrick Tay
Partner
T 416-369-7330
derrick.tay@gowlings.com

gowlings

Gowling Lafleur Henderson LLP
Lawyers • Patent and Trade-mark Agents
1 First Canadian Place
100 King Street West, Suite 1600
Toronto, Ontario
M5X 1G5 Canada
T 416-862-7525  F 416-862-7661
gowlings.com

IMPORTANT NOTICE: This message is intended only for the use of the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Gowlings immediately by email at postmaster@gowlings.com. Thank you.

The contents of this message may contain confidential and/or privileged
subject matter. If this message has been received in error, please contact

the sender and delete all copies. Like other forms of communication,
e-mail communications may be vulnerable to interception by unauthorized
parties. If you do not wish us to communicate with you by e-mail, please
notify us at your earliest convenience. In the absence of such
notification, your consent is assumed. Should you choose to allow us to
communicate by e-mail, we will not take any additional security measures
(such as encryption) unless specifically requested.