UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SINO-FOREST CORPORATION,<br><br>        Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 13-10361 (MG) |

## CERTIFICATION OF GARTH MYERS

I, Garth Myers, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an attorney employed by the law firm of Koskie Minsky LLP ("**Koskie**").

2. On June 20, 2014, the Court entered the *Order Granting Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Horsley Settlement* (the "**Service Order**") [Doc. No. 42].

3. On June 18, 2014, I caused the Settlement Notice[1] to be served upon all individuals or entities that had contacted Koskie regarding the Class Actions, and to any person or entity who requested a copy of the Settlement Notice, to the extent that such person or entity had furnished his, her or its contact information.

4. On June 18, 2014, I also caused the Service Order to be served on the current Service List in the CCAA Proceeding, including notice to ACE-INA Insurance Company, Chubb Insurance Company of Canada, Lloyd's of London, and Travelers Guarantee Company of Canada or their counsel.

5. On June 18, 2014, Minutes of Settlement were posted on http://kmlaw.ca/Case-Central/Overview/?rid=143 (the "**Koskie Minsky Website**"").

---

[1] Capitalized terms used but not defined in this Certification shall have the meanings ascribed to such terms in the Service Order.

-2-

6. On June 27, 2014, the (a) Notice of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement With David Horsley; (b) the Notice of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley; and (c) the Declaration of Michael S. Etkin in Support of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley were posted on the Koskie Minsky Website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 18, 2014

_____
Garth Myers