UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SINO-FOREST CORPORATION,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 13-10361 (MG) |

## CERTIFICATION OF SERGE KALLOGHLIAN

I, Serge Kalloghlian, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a lawyer employed by the law firm of Siskinds LLP ("**Siskinds**").

2. On June 20, 2014, the Court entered the *Order Granting Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Horsley Settlement* (the "**Service Order**") [Doc. No. 42].

3. On June 16, 2014, I caused the Settlement Notice[1] to be served upon all individuals or entities that had contacted Siskinds or Siskinds Desmeules sencrl regarding the Class Actions, and to any person or entity who requested a copy of the Settlement Notice, to the extent that such person or entity had furnished his, her or its contact information.

4. On June 18, 2014, the Settlement Notice was posted on the Siskinds website in English and French. The web address www.sinosettlement.com redirects to the Siskinds website.

5. On June 18, 2014, the Minutes of Settlement were posted on the Siskinds website.

6. On July 2, 2014, the following documents were posted on the Siskinds website: (a) the Notice of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley; (b) the Motion to Recognize and Enforce Order of Ontario

---

[1] Capitalized terms used but not defined in this Certification shall have the meanings ascribed to such terms in the Service Order.

-2-

Superior Court Approving Settlement with David Horsley; and (c) the Declaration of Michael S. Etkin in Support of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   July 18, 2014

_____
Serge Kalloghlian