UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SINO-FOREST CORPORATION,

Debtor in a Foreign Proceeding.

Chapter 15

Case No. 13-10361 (MG)

## CERTIFICATION OF RICHARD A. SPEIRS

I, Richard A. Speirs, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an attorney employed by the law firm of Cohen Milstein Sellers & Toll PLLC ("**Cohen Milstein**").

2. On June 20, 2014, the Court entered the *Order Granting Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Horsley Settlement* (the "**Service Order**") [Doc. No. 42].

3. On June 19, 2014, I caused the Settlement Notice[1] to be served upon all individuals or entities who had contacted Cohen Milstein regarding the Class Actions, and to any person or entity who requested a copy of the Settlement Notice, to the extent that such person or entity had furnished his, her or its contact information.

4. On June 19, 2014, the Settlement Notice, as well as the Minutes of Settlement and pleadings relating to the approval, recognition and enforcement of the Settlement, were posted on http://www.cohenmilstein.com/cases/274/sino-forest. Notice of the Settlement was also provided in a press release on June 27, 2014 that was released nationally to financial wire services in the United States.

---

[1] Capitalized terms used but not defined in this Certification shall have the meanings ascribed to such terms in the Service Order.

27721/2
07/21/2014 30837451.3

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 21, 2014                               */s/ Richard A. Speirs*
                                                     Richard A. Speirs

-2-