**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF FILING REVISED SETTLEMENT ORDER AND**
**REVISED RECOGNTION ORDER**

      **PLEASE TAKE NOTICE** that the Class Action Plaintiffs intend to submit a revised *Order* (the "**Revised Settlement Order**") approving the settlement with David Horsley to the Ontario Superior Court of Justice at the hearing on the Class Action Plaintiffs' motion seeking such relief scheduled for July 24, 2014 at 9:00 a.m. The Revised Settlement Order and a blackline marked to show the changes from the previous version filed with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") as Docket No. 43-2 are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

      **PLEASE TAKE FURTHER NOTICE** that the Class Action Plaintiffs hereby submit the revised proposed *Order Recognizing and Enforcing Order of Ontario Superior Court Approving Settlement with David Horsley* (the "**Revised Recognition Order**"). The proposed Revised Recognition Order and a blackline marked to show the changes from the previous version filed with the Bankruptcy Court as Docket No. 43 are attached hereto as **Exhibit C** and **Exhibit D**, respectively. The parties reserve the right to further revise the Revised Settlement Order and the Revised Recognition Order.

27721/2
07/23/2014 30957705.1

-2-

Dated: July 23, 2014
      New York, New York

    *Respectfully Submitted*,

    **LOWENSTEIN SANDLER LLP**

    /s/ Michael S. Etkin
    Michael S. Etkin
    Tatiana Ingman
    1251 Avenue of the Americas
    New York, New York 10022
    metkin@lowenstein.com
    tingman@lowenstein.com

    *United States Bankruptcy Counsel for the Class Action Plaintiffs*