**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Tatiana Ingman

*United States Bankruptcy Counsel for Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| **SINO-FOREST CORPORATION,** | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF *REVISED* AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 24, 2014 AT 9:00 A.M.**

Date and Time of Hearing:    July 24, 2014 at 9:00 a.m. (Prevailing Eastern Time)

Location of Hearing:    United States Bankruptcy Court of the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

Copies of Pleadings: A copy of each pleading can be viewed on the Court's website at www.ecf.nysb.uscourts.gov and copies of certain pleadings are available at http://kmlaw.ca/Case-Central/Overview/?rid=143 the Koskie Minsky LLP website, http://cohenmilstein.com/cases/274/sino-forest, the Cohen Milstein Sellers & Toll PLLC website and www.sinosettlement.com, the Siskinds LLP website.

I.    **UNCONTESTED MATTER**

Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley [Docket No. 43]

**Response Deadline**: July 17, 2014 at 5:00 p.m.

27721/2
07/23/2014 **30960968**.1

**Responses Received:** None.

**Related Documents:**

1. Notice of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley [Docket No. 43-1];

2. Declaration of Michael S. Etkin in Support of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Settlement with David Horsley [Docket No. 43-2];

3. Certificate of Service of Diane C. Claussen, Lowenstein Sandler LLP [Docket No. 44];

4. Certificate of Service of Garth Myers, Koskie Minsky, LLP [Docket No. 48];

5. Certificate of Service of Kurt J. Elgie, NPT RicePoint Class Action Services, Inc. [Docket No. 49];

6. Certificate of Service of Serge Kalloghlian, Siskinds LLP [Docket No. 50];

7. Certificate of Service of Richard Speirs, Cohen Milstein Sellers & Toll PLLC [Docket No. 52];

8. Notice of Filing of Motion Record of the Class Action Plaintiffs in Support of Approval of Settlement with David Horsley in Ontario Superior Court of Justice [Docket No. 47];

9. Notice of Filings in the Ontario Superior Court of Justice [Docket No. 51];

10. Notice of Filings in the Ontario Superior Court of Justice [Docket No. 53]; and

11. **Notice of Filing of Revised Settlement Order and Revised Recognition Order [Docket No. 55].**

**STATUS:** This matter is going forward.

Dated: July 23, 2014

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
By: /s/ Michael S. Etkin
Michael S. Etkin
Tatiana Ingman
1251 Avenue of the Americas
New York, New York 10022
metkin@lowenstein.com
tingman@lowenstein.com
*United States Bankruptcy Counsel for the Class Action Plaintiffs*