**Hearing Date: March 11, 2015 at 3:00 p.m. (Eastern Time)**
**Objection Deadline: March 4, 2015 at 4:00 p.m. (Eastern Time)**

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF HEARING ON MARCH 11, 2015 AT 3:00 P.M. (ET)**
**ON MOTION TO APPROVE MANNER OF SERVICE**

    **PLEASE TAKE NOTICE** that a hearing on the *Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Dealers Settlement* [Docket No. 58] (the "**Service Motion**") will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**"), Alexander Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004, on **March 11, 2015 at 3:00 p.m. (Eastern Time).**

    **PLEASE TAKE FURTHER NOTICE THAT** any objections or responses to the Service Motion must be made in accordance with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the Bankruptcy Court.  In addition, such objection or response must be made in writing describing the basis therefore and filed with the United States Bankruptcy Court electronically in accordance with General Order M-399 by registered users of the United States Bankruptcy Court's electronic case filing system, and by all other parties in interest, on a 3.5 inch disc, preferably in Portable

Document Format (PDF), Word Perfect or any other Windows-based word processing format, with a hard copy to the Chambers of the Honorable Martin Glenn, United States Bankruptcy Judge, and served upon (i) Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Jaculin Aaron, and (ii) Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Michael S. Etkin and Andrew Behlmann no later than **Wednesday, March 4, 2015 at 4:00 p.m. (Eastern Time)**.

|  |  |
|---|---|
| Dated: February 25, 2015 | **LOWENSTEIN SANDLER LLP** <br> By: /s/ Michael S. Etkin <br> Michael S. Etkin <br> Andrew Behlmann <br> 1251 Avenue of the Americas <br> New York, New York 10022 <br> metkin@lowenstein.com <br> abehlmann@lowenstein.com <br><br> *United States Bankruptcy Counsel* <br> *for the Class Action Plaintiffs* |