**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR MARCH 11, 2015 AT 3:00 P.M.**

**THE HEARING HAS BEEN CANCELLED.  THE CLASS ACTION PLAINTIFFS WILL SUBMIT A CERTIFICATION OF NO OBJECTION AND PROPOSED ORDER.**

Date and Time of Hearing:    March 11, 2015 at 3:00 p.m. (Prevailing Eastern Time)

Location of Hearing:    United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
One Bowling Green, Room 501
New York, New York 10004-1408

**PLEASE TAKE NOTICE THAT** all matters scheduled for consideration at the hearing on March 11, 2015 at 3:00 p.m. (the "**Hearing**") in the above captioned chapter 11 cases are uncontested and the Class Action Plaintiffs will submit a Certification of No Objection and proposed form of order pursuant to Local Bankruptcy Rule 9075-2.  Accordingly, **THIS HEARING HAS BEEN CANCELLED**.

Dated:   March 9, 2015

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
By: _/s/ Andrew Behlmann_
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York 10022
metkin@lowenstein.com
tingman@lowenstein.com

*United States Bankruptcy Counsel for the Class Action Plaintiffs*