**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

*United States Bankruptcy Counsel for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding | |

## CERTIFICATION OF SERVICE

I, Gina C. Buccellato, certify as follows pursuant to 28 U.S.C. § 1746:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, United States Bankruptcy Counsel for the Class Action Plaintiffs in the above-captioned proceeding.

2. On March 9, 2015, I caused the following documents to be served on the parties and in the manner indicated on **Exhibits A and B** annexed hereto:

- *Notice of Cancellation of Hearing Scheduled for March 11, 2015 at 3:00 P.M.* [Docket No. 60]; and

- *Certification of No Objection to Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Dealers Settlement* [Docket No. 61]

[ *signature page follows* ]

      I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Dated: March 25, 2015

                                                /s/ *Gina C. Buccellato*
                                                  Gina C. Buccellato

# Exhibit "A"
# Via E-Mail

Jonathan Chi-Shoong Cho on behalf of 3rd Pty Defendant - Ernst & Young LLP
E-Mail: jonathan.cho@allenovery.com
kurt.vellek@allenovery.com

Kenneth P. Coleman on behalf of 3rd Pty Defendant - Ernst & Young LLP
E-Mail: ken.coleman@allenovery.com

Thomas J. Matz on behalf of Foreign Representative -Sino-Forest Corporation
E-Mail: tmatz@milbank.com

# Exhibit "B"
# Via First Class Mail

Thomas J. Matz, Esq.
Jeremy C. Hollembeak, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Jonathan Chi-Shoong Cho, Esq.
Kenneth P. Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Kenneth P. Coleman
Allen & Overy LLP , Esq.
1221 Avenue of Americas
New York, NY 10022

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Jaculin Aaron, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022