**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

SINO-FOREST CORPORATION,

Debtor in a Foreign Proceeding

Chapter 15

Case No. 13-10361 (MG)

**NOTICE OF ADJOURNMENT OF RECOGNITION HEARING**
**SCHEDULED FOR JUNE 9, 2015**

**PLEASE TAKE NOTICE** that the hearing (the "Recognition Hearing") previously scheduled for June 9, 2015 at 10:00 AM (ET) to consider the recognition and enforcement in the United States of an order (the "Canadian Settlement Approval Order") of the Ontario Superior Court of Justice (the "Ontario Superior Court") approving a settlement between (a) lead plaintiffs in the class action proceedings pending in the Ontario Superior Court of Justice under Court File No. CV-11-431153-00CP and in the class action proceeding pending in the United States District Court for the Southern District of New York styled as *David Leapard, et al. v. Allen T.Y. Chan*, *et al.,* Case No. 1:12-cv-01726 (AT) (collectively, the "Class Action Plaintiffs") and (b) Credit Suisse Securities (Canada) Inc., TD Securities Inc., Dundee Securities Corporation, RBC Dominion Securities Inc., Scotia Capital Inc., CIBC World Markets Inc., Merrill Lynch Canada Inc., Canaccord Financial Ltd., Maison Placements Canada Inc., Credit Suisse Securities (USA) LLC and Merrill Lynch, Pierce, Fenner & Smith Incorporated (successor by merger to Banc of America Securities LLC), **has been adjourned *sine die***.

**PLEASE TAKE FURTHER NOTICE** that, if and when the Ontario Superior Court enters the Canadian Settlement Approval Order, the Class Action Plaintiffs will (a) seek a rescheduled Recognition Hearing date in this Court consistent with the Court's calendar and the fourteen-day notice period set forth in Local Bankruptcy Rule 9006-1(b) and (b) promptly file the motion in this

-2-

Court seeking recognition and enforcement of the Canadian Settlement Approval Order in the United States.

Dated: June 5, 2015

                                Respectfully submitted,

                                **LOWENSTEIN SANDLER LLP**

                                By: /s/ *Michael S. Etkin*
                                Michael S. Etkin
                                Andrew Behlmann
                                1251 Avenue of the Americas
                                New York, New York 10022
                                metkin@lowenstein.com
                                abehlmann@lowenstein.com

                                *United States Bankruptcy Counsel*
                                 *for the Class Action Plaintiffs*