**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Andrew Behlmann

*United States Bankruptcy Counsel*
  *for Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding | |

**DECLARATION OF MICHAEL S. ETKIN IN SUPPORT OF MOTION TO RECOGNIZE AND ENFORCE ORDER OF ONTARIO SUPERIOR COURT APPROVING DEALERS SETTLEMENT**

Michael S. Etkin hereby declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of Lowenstein Sandler LLP, United States bankruptcy counsel to the Class Action Plaintiffs. I submit this declaration in support of the Class Action Plaintiffs' *Motion to Recognize and Enforce Order of Ontario Superior Court Approving Dealers Settlement* (the "Motion") filed contemporaneously herewith.[1]

2. Attached hereto are true and correct copies of each of the following documents:

| Exhibit | Document |
|---|---|
| A | Settlement Approval Order |
| B | Minutes of Settlement – Dealers Settlement |
| C | Minutes of Settlement – Litigation Trust Settlement |
| D | Affidavit of Garth Myers Dated April 8, 2015 |
| E | Supplemental Approval Notice |
| F | Supplemental Recognition Notice |

---

[1] Capitalized terms used but not defined herein have the meanings ascribed thereto in the Motion.

-1-

-2-

| Exhibit | Document |
|---|---|
| G | Distribution Order |
| H | Canadian Fee Order |
| I | Document Production Order |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 6, 2015
New York, New York

*/s/ Michael S. Etkin*
Michael S. Etkin