# EXHIBIT F

## SUPPLEMENTAL RECOGNITION NOTICE

[Letterhead]

November 6, 2015

**Communications Department**
Toll Free Hotline: 1-866-474-1739
Email: sinoforestclassaction@kmlaw.ca

**To: All parties that objected to approval of the Settlement (as defined below)**

**Re: Sino Forest Class Action**

Ladies and Gentlemen:

We received your objections to the motion relating to settlement with the Underwriters (the "Settlement"). Your objections were filed with the Ontario Superior Court of Justice (the "Ontario Superior Court") and brought to the court's attention.

Please be advised that the Ontario Superior Court approved the Settlement on October 30, 2015. We enclose the plaintiffs' motion seeking recognition and enforcement in the United States of the order of the Ontario Superior Court approving the Settlement (the "Recognition Motion").

A hearing on the Recognition Motion (the "Recognition Hearing") will be held before Judge Martin Glenn in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on November 23, 2015 at 11:00 a.m. (Prevailing Eastern Time), subject to adjournment from time to time by announcement in open court and/or by notice filed on the docket in the chapter 15 recognition proceedings styled as *In re Sino-Forest Corporation*, Case No. 13-10361 (MG) (Bankr. S.D.N.Y.) (the "Bankruptcy Case").

As set forth in the notice attached to the Recognition Motion, objections to the Recognition Motion must be filed on the docket on the Bankruptcy Case and served by e-mail on United States bankruptcy counsel to the plaintiffs, Lowenstein Sandler LLP, Attn: Michael S. Etkin (metkin@lowenstein.com) and Andrew Behlmann (abehlmann@lowenstein.com), on or before November 16, 2015 at 5:00 p.m. (Eastern Time).

The Recognition Hearing is open to the public. Please advise Garth Myers (gmyers@kmlaw.ca) and Andrew Behlmann (abehlmann@lowenstein.com) if you intend to attend the Recognition Hearing.

Regards,

**Communications Department**
Koskie Minsky LLP | Barristers & Solicitors
**T** 1-866-474-1739 | **F** 416-204-2897 | **E** sinoforestclassaction@kmlaw.ca
www.kmlaw.ca/sinoforestclassaction