# **EXHIBIT H**

# **CANADIAN FEE ORDER**

Court File No.: CV-12-9667-00CL

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE REGIONAL | ) | _____, THE _____ DAY |
| | ) | |
| SENIOR JUSTICE MORAWETZ | ) | OF _____, 2015 |

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED, AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF SINO-FOREST CORPORATION

Court File No.: CV-11-431153-00CP

## ONTARIO
### SUPERIOR COURT OF JUSTICE

B E T W E E N :

THE TRUSTEES OF THE LABOURERS' PENSION FUND OF CENTRAL AND EASTERN CANADA, THE TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 793 PENSION PLAN FOR OPERATING ENGINEERS IN ONTARIO, SJUNDE AP-FONDEN, DAVID GRANT ROBERT WONG, DAVIS NEW YORK VENTURE FUND, INC. and DAVIS SELECTED ADVISERS L.P.

Plaintiffs

- and -

SINO-FOREST CORPORATION, ERNST & YOUNG LLP, BDO LIMITED (formerly known as BDO MCCABE LO LIMITED), ALLEN T.Y. CHAN, W. JUDSON MARTIN, KAI KIT POON, DAVID J. HORSLEY, WILLIAM E. ARDELL, JAMES P. BOWLAND, JAMES M.E. HYDE, EDMUND MAK, SIMON MURRAY, PETER WANG, GARRY J. WEST, PÖYRY (BEIJING) CONSULTING COMPANY LIMITED, CREDIT SUISSE SECURITIES (CANADA), INC., TD SECURITIES INC., DUNDEE SECURITIES CORPORATION, RBC DOMINION SECURITIES INC., SCOTIA CAPITAL INC., CIBC WORLD MARKETS INC., MERRILL LYNCH CANADA INC., CANACCORD FINANCIAL LTD., MAISON PLACEMENTS CANADA INC., CREDIT SUISSE SECURITIES (USA) LLC and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED (successor by merger to Banc of America Securities LLC)

Defendants

1659369v1

Proceeding under the *Class Proceedings Act, 1992*

## ORDER
### (Canadian Class Counsel Fees)

**THIS MOTION**, made by the Ad Hoc Committee of Purchasers of the Applicant's Securities, including the plaintiffs in the action commenced against Sino-Forest Corporation ("Sino-Forest") in the Ontario Superior Court of Justice, bearing (Toronto) Court File No. CV-11-431153-00CP (the "Ontario Plaintiffs" and the "Ontario Class Action", respectively) was heard on October 30, 2015, in Toronto, Ontario.

**WHEREAS** on October 30, 2015, this Court approved an order: (a) approving the settlement between the Ad Hoc Committee of Purchasers of the Applicant's Securities and Credit Suisse Securities (Canada) Inc., TD Securities Inc., Dundee Securities Corporation (now known as DWM Securities Inc.), RBC Dominion Securities Inc., Scotia Capital Inc., CIBC World Markets Inc., Merrill Lynch Canada Inc., Canaccord Financial Ltd., Maison Placements Canada Inc., Credit Suisse Securities (USA) LLC and Merrill Lynch, Pierce, Fenner & Smith Incorporated (successor by merger to Banc of America Securities LLC) and Ad Hoc Committee of Purchasers of the Applicant's Securities (the "Dealers Settlement"); (b) appointed Koskie Minsky LLP and Siskinds LLP (together "Canadian Class Counsel"), along with insolvency counsel Paliare Roland Rosenberg Rothstein LLP, as counsel for persons that purchased Sino-Forest securities; and (c) established that the fees and disbursements of Canadian Class Counsel and Paliare Roland Rothstein Rosenberg LLP are to be paid from the Settlement Trust, subject to court approval of such fees and disbursements in accordance with the laws of Ontario governing the payment of counsel's fees and disbursements in the CCAA proceedings and class proceedings;

**AND WHEREAS** this Court issued an order on January 29, 2015 approving the form of notice of the hearing to approve class counsel fees;

**AND WHEREAS** notice of this hearing was provided to the individuals and entities who filed objections on this Motion and the Service List;

**AND ON READING** the plaintiffs' motion record, and all supplemental motion records, all objections filed, and on reading such other material filed, and on hearing the submissions of counsel for the plaintiffs, and those other persons present,

1. **THIS COURT ORDERS** that the amount payable to Canadian Class Counsel and Paliare Roland Rothstein Rosenberg LLP out of the Settlement Trust is hereby set at $4,767,207 in respect of legal fees, $619,736.91 for HST on fees and $404,823.44 for disbursements (inclusive of all applicable taxes on the disbursements).

2. **THIS COURT ORDERS** that the amount payable in paragraph 2 of this order is inclusive of monies to be paid by Canadian Class Counsel to Kessler, Topaz Meltzer & Check LLP as an agency fee.

_____
Morawetz, RSJ.

Court File No. CV-12-9667-00CL

Court File No. CV-11-431153-00CP

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED
AND IN THE MATTER OF A PLAN OF COMPROMISE AND ARRANGEMENTS OF SINO-FOREST CORPORATION

THE TRUSTEES OF THE LABOURERS' PENSION FUND OF CENTRAL     -and-  SINO-FOREST CORPORATION, et. al.
AND EASTERN CANADA et. al.

Plaintiffs           Defendants

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## COMMERCIAL LIST

Proceeding Commenced at Toronto

### ORDER

**PALIARE ROLAND ROSENBERG ROTHSTEIN LLP**
250 University Avenue, Suite 501
Toronto, ON M5H 3E5
**Ken Rosenberg** (LSUC No. 21102H)
**Massimo Starnino** (LSUC No.41048G) Tel: (416) 646-4300 / Fax: (416) 646-4301

**KOSKIE MINSKY LLP**
900-20 Queen Street West, Box 52 Toronto, ON M5H 3R3
**Kirk M. Baert** (LSUC No. 309420)
Tel: (416) 595-2117 / Fax: (416) 204-2889
**Jonathan Ptak** (LSUC No.45773F)
Tel: (416) 595-2149 / Fax: (416) 204-2903

**SISKINDS LLP**
680 Waterloo Street, P.O. Box 2520 London, ON N6A 3V8
**Charles M. Wright** (LSUC No. 36599Q)
Tel: (519) 660-7753 / Fax: (519) 660-7754
**A. Dimitri Lascaris** (LSUC No.50074A)
Tel: (519) 660-7844 / Fax: (519) 660-7845

Lawyers for the Ad Hoc Committee of
Purchasers of the Applicant's Securities