**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

*United States Bankruptcy Counsel*
*for Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF FILING OF ENDORSEMENT**
**OF ONTARIO SUPERIOR COURT**

**PLEASE TAKE NOTICE** that on November 13, 2015, the Ontario Superior Court[1] issued an endorsement (the "Settlement Approval Endorsement") stating the reasons the Ontario Superior Court approved the Settlement Approval Order, the Distribution Order, the Canadian Fee Order, the Document Production Order, and an order approving the payment of fees to counsel for the U.S. Class Action Plaintiffs in connection with the Dealers Settlement.  A copy of the Settlement Approval Endorsement is annexed hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Settlement Approval Endorsement states that, among other things, none of the parties that objected to approval of the Dealers Settlement appeared at the settlement approval hearing in the Ontario Superior Court (¶ 28);

---

[1] Capitalized terms used but not defined herein have the meanings ascribed thereto in the *Motion to Recognize and Enforce Order of Ontario Superior Court Approving Dealers Settlement* [Docket No. 66] filed on November 6, 2015.

-2-

Dated:  November 19, 2015 **LOWENSTEIN SANDLER LLP**

 /s/ *Michael S. Etkin*
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York 10022
metkin@lowenstein.com
abehlmann@lowenstein.com

*United States Bankruptcy Counsel*
 *for Class Action Plaintiffs*