**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

*United States Bankruptcy Counsel*
*for Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding | |

**NOTICE OF INFORMAL RESPONSE**

**PLEASE TAKE NOTICE** that on November 6, 2015, counsel to the U.S. Class Action Plaintiffs[1] received an informal response to the Motion, a copy of which is annexed hereto as **Exhibit A**.

Dated:  November 19, 2015

**LOWENSTEIN SANDLER LLP**

 */s/ Michael S. Etkin*
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York 10022
metkin@lowenstein.com
abehlmann@lowenstein.com

*United States Bankruptcy Counsel*
 *for Class Action Plaintiffs*

---

[1]  Capitalized terms used but not defined herein have the meanings ascribed thereto in the *Motion to Recognize and Enforce Order of Ontario Superior Court Approving Dealers Settlement* [Docket No. 66] filed on November 6, 2015.

27721/2
11/19/2015 40867055.1