# EXHIBIT A

**Behlmann, Andrew D.**

| | |
|---|---|
| From: | qing yu <yu909qing@gmail.com> |
| Sent: | Friday, November 06, 2015 5:21 PM |
| To: | Etkin, Michael S.; Behlmann, Andrew D. |
| Subject: | Fwd: Sino Forest Class Action |

Dear Sir:

I, a current shareholder of Sino-Forest, object the settlement, which I think will hinder the disclosure of facts/truth of the Sino-Forest case. Here is why I think the Ontario Superior Court shouldn't have approved the proceeding of the class action:

*The Supreme Court of Canada has already given instructional explanation in the case of "Theratechnologies Inc. v. 121851 Canada Inc.", clearly states that such actions must have "some credible evidence in support of the claim before being granted leave to proceed."*

*Sino-Forest is one high-profile case where the class action lawsuit has catastrophically affected the fairness and justice, especially to the current shareholders of Sino-Forest.*

*After a short-seller issued a negative report on Sino-Forest alleging the company of Ponzi scheme, many shareholders including that-time biggest shareholder John Paulson Fund, sold out their shares. They became the majority of the plaintiffs of the class action lawsuits. They are former shareholders who have nothing to do with the company's business any more, and they do not care if Sino-Forest is a fraud or not.*

*Meanwhile, the shareholders who bought the shares after the Muddy Waters' report and did not sell the shares before the trading halt, are not included into the class action. Although some of the current shareholders may hope to join the distribution of the money from the settlements, many others do not believe that the company is a massive fraud and have objected the settlements.*

*So far, the Ontario Securities Commission (OSC) hasn't publicized any evidence for its allegations against Sino-Forest. It is revealed by Ned Goodman on PDAC 2013 that the OSC did not find any wrongdoing in Dundee's due diligence work on Sino-Forest, and he blamed the OSC for the collapse of Sino-Forest.*

*China's court also finds that Muddy Waters' and OSC's allegations against Sino-Forest are groundless.*

*Nevertheless, even under these circumstances, the Ontario Superior Court judge has given greenlight to the class action lawsuit. No-contest settlements have*

*reached between the plaintiffs and E&Y, bankers, etc, despite there is no facts/evidences for the judge to make such decisions.*


Sincerely,
Qing Yu



---------- Forwarded message ----------
From: **Sino Forest Class Action** <sinoforestclassaction@kmlaw.ca>
Date: Fri, Nov 6, 2015 at 2:01 PM
Subject: Sino Forest Class Action
To: Sino Forest Class Action <sinoforestclassaction@kmlaw.ca>


**Sino Forest Class Action Update**

**To:    All parties that objected to approval of the Settlement (as defined below)**

**Re:    Sino Forest Class Action**

Ladies and Gentlemen:

We received your objections to the motion relating to settlement with the Underwriters (the "Settlement"). Your objections were filed with the Ontario Superior Court of Justice (the "Ontario Superior Court") and brought to the court's attention.

Please be advised that the Ontario Superior Court approved the Settlement on October 30, 2015. We enclose the plaintiffs' motion seeking recognition and enforcement in the United States of the order of the Ontario Superior Court approving the Settlement (the "Recognition Motion").

A hearing on the Recognition Motion (the "Recognition Hearing") will be held before Judge Martin Glenn in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on November 23, 2015 at 11:00 a.m. (Prevailing Eastern Time), subject to adjournment from time to time by announcement in open court and/or by notice filed on the docket in the chapter 15 recognition proceedings styled as *In re Sino-Forest Corporation*, Case No. 13-10361 (MG) (Bankr. S.D.N.Y.) (the "Bankruptcy Case").

As set forth in the notice attached to the Recognition Motion, objections to the Recognition Motion must be filed on the docket on the Bankruptcy Case and served by e-mail on United States bankruptcy counsel to the plaintiffs, Lowenstein Sandler LLP, Attn: Michael S. Etkin (metkin@lowenstein.com) and Andrew Behlmann (abehlmann@lowenstein.com), on or before November 16, 2015 at 5:00 p.m. (Eastern Time).

The Recognition Hearing is open to the public. Please advise Garth Myers (gmyers@kmlaw.ca) and Andrew Behlmann (abehlmann@lowenstein.com) if you intend to attend the Recognition Hearing.

Regards,

**Communications Department**

2

Koskie Minsky LLP | Barristers & Solicitors

**T** 1-866-474-1739 | **F** 416-204-2897 | **E** sinoforestclassaction@kmlaw.ca

www.kmlaw.ca/sinoforestclassaction

*If you no longer wish to receive our email messages, please email us at sinoforestclassaction@kmlaw.ca*

This e-mail message is privileged, confidential and subject to copyright. Any unauthorized use or disclosure is prohibited.
Le contenu du présent courriel est privilégié, confidentiel et soumis à des droits d'auteur. Il est interdit de l'utiliser ou de le divulguer sans autorisation.