**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin
Andrew Behlmann

*United States Bankruptcy Counsel for Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| **SINO-FOREST CORPORATION,** | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding | |

### *AMENDED*[1] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 23, 2015 AT 11:00 AM (ET)

Date and Time of Hearing:   November 23, 2015 at 11:00 AM (Prevailing Eastern Time)

Location of Hearing:   United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

Copies of Pleadings:   A copy of each pleading filed in the above-captioned bankruptcy case can be viewed on the Court's website at *ecf.nysb.uscourts.gov*.

Copies of certain pleadings filed in the debtor's Canadian CCAA proceedings are available online at *http://kmlaw.ca/Case-Central/Overview/?rid=143* (the Koskie Minsky LLP website), *http://cohenmilstein.com/cases/274/sino-forest* (the Cohen Milstein Sellers & Toll PLLC website), and *www.sinosettlement.com* (the Siskinds LLP website).

---

[1]   Amended/additional items appear in bold.

**I.     UNCONTESTED MATTER**

*Motion to Recognize and Enforce Order of Ontario Superior Court Approving Dealers Settlement* [Docket No. 66]

**Response Deadline**:  November 16, 2015 at 5:00 p.m.

**Responses Received:**  No formal responses were filed before the response deadline.  One informal response was received via e-mail from a party that previously filed an objection to settlement approval in the Ontario Superior Court, which was overruled.

**Related Documents:**

1. Order Granting Motion to Approve Manner of Service of Notice of Motion Seeking Recognition and Enforcement of the Order of the Ontario Superior Court Approving Dealers Settlement [Docket No. 62];

2. Declaration of Michael S. Etkin in Support of Motion to Recognize and Enforce Order of Ontario Superior Court Approving Dealers Settlement [Docket No. 67];

    a. Exhibit A – Settlement Approval Order

    b. Exhibit B – Minutes of Settlement (Dealers)

    c. Exhibit C – Minutes of Settlement (Litigation Trust)

    d. Exhibit D – Affidavit of Garth Myers (with exhibits)

    e. Exhibit E – Supplemental Approval Notice

    f. Exhibit F – Supplemental Recognition Notice

    g. Exhibit G – Distribution Protocol Order

    h. Exhibit H – Canadian Fee Order

    i. Exhibit I – Document Production Order

3. Certificate of Service [Docket No. 68];

4. **Notice of Filing of Endorsement of Ontario Superior Court [Docket No. 69]**

    a. **Exhibit A:   Endorsement of Ontario Superior Court dated November 13, 2015**

5. **Certificate of Service [Docket No. 71]**

6. **Notice of Informal Response [Docket No. 72]**

      a.      **Exhibit A:   Email from Qing Yu dated November 6, 2015**

**STATUS:**    **This matter is going forward.**

Dated: November 19, 2015          Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

By: /s/ Michael S. Etkin
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York 10022
metkin@lowenstein.com
tingman@lowenstein.com

*United States Bankruptcy Counsel for the*
*Class Action Plaintiffs*