**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Andrew Behlmann, Esq.
1251 Avenue of the Americas
New York, New York  10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)

*United States Bankruptcy Counsel*
*for the Class Action Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13- 10361 (MG) |
| Debtor in a Foreign Proceeding. | |

### CERTIFICATION OF SERVICE

I, *Diane C. Claussen,* pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, United States Bankruptcy Counsel for the Class Action Plaintiffs (the "**Class Action Plaintiffs**").

2. On November 19, 2015, I caused the following documents to be served upon all parties referenced on the service list annexed hereto as ***Exhibit A*** in the manner set forth therein:

- *Notice of Informal Response* [Docket No. 72]; and

- *Notice of Amended Agenda of Matters Scheduled for Hearing on November 23, 2015 at 11:00 AM (ET)* [Doc. No. 73].

3. On November 19 2015, the foregoing documents were filed on the docket of the United States Bankruptcy Court for the Southern District of New York and served upon all parties entitled to receive electronic notice.

4. November 19, 2015, courtesy copies of the foregoing documents were sent to the chambers of the Honorable Martin Glenn, U.S.B.J., United States Bankruptcy Court, Southern District of New York, Chambers Rom 504, One Bowling Green, New York, NY 10004.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. If any statement made by me is willfully false, I understand I am subject to the penalty of perjury.

Dated:   November 19, 2015                                  */s/Diane C. Claussen*
                                                            Diane C. Claussen

# EXHIBIT A

**Served by First Class Mail:**

| | |
|---|---|
| United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | The Honorable Martin Glenn, U.S.B.J.<br>United States Bankruptcy Court<br>Southern District of New York<br>Chambers Room 504<br>One Bowling Green<br>New York, NY  10004 |
| Jeremy C. Hillembeak, Esq.<br>Thomas Matz, Esq.<br>Milbank, Tweed, Hadley & McCloy, LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005 | Jaculin Aaron, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| Jonathan Chi-Shoong Cho, Esq.<br>Kenneth P. Coleman, Esq.<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 | |

**Served by E-Mail:**

Jonathan Chi-Shoong Cho, Esq.
Kenneth P. Coleman, Esq.
Kurt Vellek, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
jonathan.cho@allenovery.com
ken.coleman@allenovery.com
kurt.vellek@allenovery.com

Thomas J. Matz, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 1000
tmatz@millbank.com