**LOWENSTEIN SANDLER LLP**
Michael S. Etkin
Andrew Behlmann
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

*United States Bankruptcy Counsel
for the Class Action Plaintiffs*

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding | |

## DECLARATION OF KURT J. ELGIE

I, Kurt J. Elgie, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a senior project manager employed by RicePoint Administration Inc. (formerly NPT RicePoint Class Action Services Inc.) ("RicePoint"), Notice Administrator for the Class Actions.[1]

2. In accordance with this Court's order dated March 12, 2015 approving the manner of service of notice of the Recognition Motion (the "Notice Order") [Doc. No. 62], a copy of which is attached hereto as **Exhibit A**, I caused the *Sino-Forest Securities Litigation Notice of Proposed Settlement With Credit Suisse Securities (Canada) Inc., TD Securities Inc., Dundee Securities Corporation, RBC Dominion Securities Inc., Scotia Capital Inc., CIBC World Markets Inc., Merrill Lynch Canada Inc., Canaccord Financial Ltd., Maison Placements Canada Inc., Credit Suisse Securities (USA) LLC and Merrill*

---

[1] Capitalized terms used but not defined herein have the meanings ascribed thereto in the *Motion to Recognize and Enforce Order of Ontario Superior Court Approving Dealers Settlement* (the "Recognition Motion") [Doc. No. 66].

*Lynch, Pierce, Fenner & Smith Incorporated (successor by merger to Banc of America Securities LLC* (the "Settlement Notice") and *Notice of Objection* (together with the Settlement Notice, the "Notices"), copies of which are annexed hereto as **Exhibit B**, to be served on the parties identified in, and in the manner required by, paragraphs 2(a) through (*l*) of the Notice Order.

3.  To effectuate service pursuant to paragraph 2(*l*) of the Notice Order, copies of the Notices were sent (a) to all individuals or entities who have contacted Siskinds, Koskie Minsky, or Cohen Milstein regarding the Class Actions, provided that such individual or entity has provided contact information; (b) via e-mail, if e-mail addresses were provided, or otherwise by mail to all individuals and entities that have submitted claim forms in connection with the E&Y Settlement and who have indicated on their claim forms that they are making a claim in respect of SFC's securities purchased on the primary markets, (c) to the list of all known individuals and entities who purchased SFC securities in the primary market from the underwriters during the class period, as provided to RicePoint by Torys LLP, counsel to the Dealers, and (d) to all known brokers and similar parties who purchased or otherwise acquired SFC securities for the benefit of beneficial owners between March 19, 2007 and August 26, 2011, with a direction to either send the notices to all such beneficial owners or return a list of the names and addresses of such beneficial owners.

4.  In total, RicePoint sent the Notices to not less than 7,726 parties by mail and 11,192 parties by e-mail. RicePoint also sent an additional 220 copies of the Notices to brokers in the United States that purchased or otherwise acquired SFC securities for the benefit of beneficial owners between March 19, 2007 and August 26, 2011, and 1,682

copies of the Notices to beneficial owners of SFC securities. 1,407 e-mailed Notices were undeliverable and bounced back; accordingly, RicePoint mailed copies of the Notices to these individuals and entities on March 4 and 5, 2015.

5.  RicePoint completed the foregoing service on or before March 2, 2015 except where otherwise noted.

6.  Following the initial outreach described above, RicePoint sent no less than an additional 1,127 notice packages via mail to parties identified by brokerage recipients.

Dated: November 22, 2015

_____
Kurt J. Elgie