**EXHIBIT A**

October ●, 2015

**Communications Department**
Toll Free Hotline: 1-866-474-1739
Email: sinoforestclassaction@kmlaw.ca

●

Dear ●:

      **Re:**    **Sino Forest Class Action**

We received your objection to the motion relating to settlement with the Underwriters. Your objection was filed with the Ontario Superior Court of Justice (the "Ontario Superior Court") and brought to the court's attention.

Please be advised that arising from an objection by the Litigation Trust and an Order of the Ontario Superior Court directing the parties to mediate, an agreement in principle (subject to final terms) was reached with the Litigation Trust providing for additional amounts to be paid to the Litigation Trust by the Underwriter defendants ($1 million) as well as from the Settlement Trust ($750,000). Rather than deduct the funds from the amounts which were to be distributed to class members, class counsel has agreed to reduce its fee request by $750,000, from $5,517,207 to $4,767,207, plus HST and disbursements.

A further attendance has been scheduled to address the motion to approve: (a) the settlement; (b) the claims and distribution protocol; and (c) class counsel fees, on October 30, 2015 at 11:00 am at the Ontario Superior Court of Justice, 330 University Avenue, 8th Floor, Toronto, Ontario (the "Approval Hearing").

If the Ontario Superior Court enters an order approving the Settlement, a hearing to consider recognition and enforcement of such order in the United States (the "Recognition Hearing") will be held in the chapter 15 recognition proceedings styled as *In re Sino-Forest Corporation*, Case No. 13-10361 (MG) (Bankr. S.D.N.Y.) before Judge Martin Glenn in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on a date to be determined. You will receive a further notice once the date for the Recognition Hearing has been scheduled.

You are entitled to attend the Approval Hearing and the Recognition Hearing, if you wish. Please advise Garth Myers (gmyers@kmlaw.ca) if you intend to attend the Approval Hearing and/or the Recognition Hearing.

Regards,
**Communications Department**
Koskie Minsky LLP | Barristers & Solicitors
**T** 1-866-474-1739 | **F** 416-204-2897 | **E** sinoforestclassaction@kmlaw.ca
www.kmlaw.ca/sinoforestclassaction