# EXHIBIT B

### Objectors Served by E-Mail

drscottbowen@eastlink.ca
georgembee@gmail.com
nordicsky@hotmail.com
phoebe8072000@yahoo.ca
cunningham@sympatico.ca
danjou.com@hotmail.om
veerou12345@live.ca
tpdelesalle@gmail.com
hd.gg@sympatico.ca
hershon.cindy@gmail.com
gljiang@yahoo.com
jjvdbm@gmx.de
annmay@telus.net
camilne@eastlink.ca
mmoini@rogers.com
wpburych@burychlawyers.com
makipochara34@hotmail.com
mandiprama@gmail.com
schmuckd@simpsonwigle.com
rstock@fasken.com
ilant@wattco.com
yu909qing@gmail.com
dalykasia@yahoo.ca

### Objectors Served by Mail (No E-Mail Address Provided)

Shi Yong Chen, 42 Glen Watford Dr., Toronto, ON M1S 2C2
Kenneth Jones, 2175/1607 Marine Drive, Oakville, ON, L6L 5L5
Barbara and Kevin Knoblauch, 1040-102nd Ave., Dawson Creek, B.C., V1G 2B8
Margaret Leung, 2225 East 33rd Ave., Vancouver, B.C., V5N 3E9
Vernon Taskey, 22 Allison Place, St. Albert, AB, T8N 3A1
Clare Johnston, Clair Hills #207, 530 Columbia St. West, Waterloo, ON, N2T 0B1