**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 15 |
| SINO-FOREST CORPORATION, | Case No. 13-10361 (MG) |
| Debtor in a Foreign Proceeding. | |

---

### ORDER TO SHOW CAUSE WHY THIS CHAPTER 15 CASE SHOULD NOT BE CLOSED

On or before 5:00 p.m., September 9, 2021, Counsel for the Foreign Representative shall show cause why this Chapter 15 case should not be closed. In lieu of a response to this Order to Show Cause, Counsel may file voluntary dismissal the Chapter 15 case.

**IT IS SO ORDERED.**

Dated: August 27, 2021
      New York, New York

                                                     **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                        United States Bankruptcy Judge