# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
*In re:* : Chapter 15
:
**SINO-FOREST CORPORATION** : Case No. 13-10361 (MG)
:
:
:
:
**Debtor in a foreign proceeding.** :
------------------------------------------------------- x

## FOREIGN REPRESENTATIVE'S STATUS REPORT

FTI Consulting Canada Inc. (the "**Monitor**"), in its capacity as the court-appointed Monitor, the authorized foreign representative (the "**Foreign Representative**") of Sino-Forest Corporation, the above-captioned debtor (the "**Debtor**" or "**Sino-Forest**") who has filed an application in a foreign proceeding (the "**CCAA Proceeding**") under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "**CCAA**") pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), respectfully submits this status report (this "**Status Report**") pursuant to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") on behalf of the Debtor in connection with this Chapter 15 case and respectfully states as follows:

### Introduction

1. The Foreign Representative, pursuant to title 11 of the United States Code (the "**Bankruptcy Code**") is providing this Status Report to update the Court on the current status of this Chapter 15 case in response to the Court's Order to Show Cause Why Chapter 15 Case Should Not be Closed.

## Status

2. The CCAA Proceeding is now near completion. The Monitor has scheduled a hearing before the Canadian Court on October 20, 2021 at 9:00am for the return of its motion for an Order (the "**Termination Order**"), among other things:

(a) directing distribution of residual amounts remaining in certain reserve escrows;

(b) approving the Monitor's conduct and fees;

(c) terminating the CCAA Proceedings, and directing the discharge and release of the Monitor; and,

(d) authorizing and directing the Monitor to file a voluntary dismissal of the Chapter 15 Case.

3. Subject to and upon the making of the Termination Order, the Foreign Representative intends to file a voluntary dismissal of the Chapter 15 Case forthwith.

## Conclusion

4. The Foreign Representative respectfully requests that the Chapter 15 Proceeding remain open pending the anticipated Termination Order from the Canadian Court and the subsequent filing by the Foreign Representative of a voluntary dismissal with this Court by no later than October 31, 2021.

September 10, 2021

*C. Prophet*

---
**Clifton Prophet, Partner**
**GOWLING WLG (CANADA) LLP**
Counsel to FTI Consulting Canada Inc., in its capacity as Monitor and Foreign Representative